**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Advantage Business Media, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Advantage Business Marketing** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **02-0509321** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **100 Enterprise Drive, Suite 600**<br>**Rockaway, NJ 07866**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Morris**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://www.advantagebizmarketing.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Advantage Business Media, LLC**                                    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Advantage Business Media, LLC** | | Case number (if known) | |
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Advantage Business Media, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

___

**Request for Relief, Declaration, and Signatures**

___

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 17, 2019**
                     MM / DD / YYYY

**X** /s/ Bruce Cummings                          **Bruce Cummings**
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer**

___

**18. Signature of attorney**

**X** /s/ Shannon D. Humiston                     Date    **June 17, 2019**
Signature of attorney for debtor                              MM / DD / YYYY

**Shannon D. Humiston (No. 5740)**
Printed name

**McCarter & English, LLP**
Firm name

**405 N. King Street, 8th Floor**
**Renaissance Centre**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-984-6300**    Email address    **shumiston@mccarter.com**

**5740 DE**
Bar number and State

## RESOLUTIONS AUTHORIZING FILING OF
## CHAPTER 7 BANKRUPTCY PETITION FOR RELIEF

The sole Member of Advantage Business Media, LLC (the "Company"), ORG ABM

Holdings, Inc., (the "Member") and the Managers of the Company, Jonathan D. Gormin and

Will Burnett, (the "Managers") hereby adopt the below enumerated resolutions:

**WHEREAS**, having considered the financial condition and aspects of the Company,

Bruce Cummings, being the President and Chief Executive Officer of the Company, (the "CEO")

is authorized to file on behalf of the Company a voluntary petition (the "Bankruptcy

Proceeding") under the provisions of chapter 7 of title 11 of the United States Code, as amended

(the "Bankruptcy Code"); and

**WHEREAS**, the Member, the Managers and the CEO have reviewed and considered the

Company's options and the recommendations of professionals and advisors to the Company as to

the terms of the proposed restructuring or liquidation to be implemented during the course of the

Bankruptcy Proceeding.


NOW, THEREFORE, IT IS HEREBY RESOLVED:

1.      It is desirable and in the best interests of the Company, its creditors and other

interested parties, that a voluntary petition be filed by the Company under the provisions of

chapter 7 of the Bankruptcy Code, with said petition to be filed in the United States Bankruptcy

Court for the District of Delaware.

2.      The CEO is directed, authorized and empowered to execute and file on behalf of

the Company all petitions, schedules, lists, affidavits, motions and other papers or documents,

and to take any and all action the CEO deems necessary or proper to obtain such relief.

3.     The CEO is directed, authorized and empowered to employ on behalf of the Company, McCarter & English, LLP, a law firm with experience and expertise in the areas of workouts, non-bankruptcy reorganizations and bankruptcy reorganizations in similar situations to that of the Company.

4.     The CEO is directed, authorized and empowered on behalf of the Company, to take or cause to be taken any and all such other further action, and to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.     All of the acts and transactions of the CEO that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of this resolution, are in all respects approved, confirmed and ratified.

Facsimile or electronic mail submissions of the signatures provided below may be relied upon and shall have the same force and effect as the original of such signatures.

This consent to action is effective as of the date below.

2

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the day written below.

<div style="margin-left: 45%;">

**ORG ABM HOLDINGS, INC., As Sole**
**Member of Advantage Business Media, LLC**

By: _____
Name:  Jonathan D. Gormin
Title:  Director

By: _____
Name:  Will Burnett
Title:  Director


**JONATHAN D. GORMIN, As Manager of**
**Advantage Business Media, LLC**


_____


**WILL BURNETT, As Manager of**
**Advantage Business Media, LLC**


_____

</div>

Dated:  June 17, 2019

3

# United States Bankruptcy Court
## District of Delaware

In re    **Advantage Business Media, LLC** _____

Debtor(s)

Case No. _____

Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 17, 2019** _____

**/s/ Bruce Cummings** _____
**Bruce Cummings**/**Chief Executive Officer**
Signer/Title

ADVANTAGE BUSINESS MEDIA
100 ENTERPRISE DRIVE, SUITE 600
ROCKAWAY, NJ 07866

ARTHUR PAUL JR
1623 FIDDLEWOOD COURT
CASSELBERRY, FL 32707

CHLOE A STEIGER
1112 SW 348TH PLACE
FEDERAL WAY, WA 98023

.

SHANNON D. HUMISTON (NO. 5740)
MCCARTER & ENGLISH, LLP
405 N. KING STREET, 8TH FLOOR
RENAISSANCE CENTRE
WILMINGTON, DE 19801

ASA MEDIA
4 JERSEY LANE
ST ALBANS
HERTS AL4 9AB

CORINNE BERNSTEIN
98-40 64TH AVENUE
APARTMENT 5H
REGO PARK, NY 11374-2516

A&P PRINTING
PO BOX 4233
CLIFTON, NJ 07012

ASCAP
21678 NETWORK PLACE
CHICAGO, IL 60673-1216

DATA SAFE INC.
831B ROUTE 10
WHIPPANY, NJ 07981

ALEXANDER CO.
345 W. WASHINGTON AVENUE
MADISON, WI 53703

ASSOCIATED PRESS
PO BOX 414212
BOSTON, MA 02241-4212

DAVID DIEHL
236 CLINTON STREET
BROOKLYN, NY 11201

ALIX PAULTRE
KLARENTHALER STR. 1
65197 WIESBADEN
GERMANY

CABLEVISION
PO BOX 360111
PITTSBURGH, PA 15251-6111

DAVIS & GILBERT LLP
BROOKE ERDOS SINGER, ESQ.
1740 BROADWAY
NEW YORK, NY 10019

ALTHEA DOTZOUR PHOTOGRAPHY
1004 SIOUX TRAIL
MONONA, WI 53716-2536

CANON FINANCIAL SOLUTIONS
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

DEBRA SCHUG
5520 W. DAKIN
CHICAGO, IL 60641

AMAZON SERVICES

CANON SOLUTIONS AMERICA INC.
15004 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DESIGN-ER LLC
276 SCHULTE LANE
SANTA BARBARA, CA 93105

AMERICAN AUDIO VIDEO
8005 HAUTE COURT
SPRINGFIELD, VA 22150-2228

CAPITAL AIR SYSTEMS
3444 CAPITOL DRIVE
PO 670
SUN PRAIRIE, WI 53590

DOCUSIGN
221 MAIN STREET
SUITE 1000
SAN FRANCISCO, CA 94105

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

CHARTER COMMUNICATIONS
PO BOX 3019
MILWAUKEE, WI 53201-3019

DOLLY STOLZE
1930 MANHATTAN BEACH BLVD
#102
REDONDO BEACH, CA 90278

APIHUB, INC.
548 MARKET ST #95879
SAN FRANCISCO, CA 94104-5401

CLEARVOICE, INC.
515 E. GRANT STREET
SUITE 150
PHOENIX, AZ 85003-2633

FREE TRADE MAGAZINES.COM
1 INTERNATIONAL BOULEVARD
SUITE 1200
MAHWAH, NJ 07495-0031

FREEMAN COMPANIES INC.
PO BOX 650036
DALLAS, TX 75265-0036

214 WEST 39TH STREET
NEW YORK, NY 10018

LISA MCCOY
2895 MCMICHAEL ROAD
ALANSON, MI 49706

FRY COMMUNICATIONS INC.
800 WEST CHURCH ROAD
MECHANICSBURG, PA 17055

INFOGROUP
PO BOX 3243
OMAHA, NE 68103-0395

MAJEED AHMAD KAMRAN
321-B VALANCIA TOWN
LAHORE
PAKISTAN

GLOBAL EXPERIENCE SPECIALISTS
BANK OF AMERICA
PO BOX 96174
CHICAGO, IL 60693

INSIGHT
PO BOX 731069
DALLAS, TX 75373-1069

MARCUS PLANTENBURG
ANDREAS KASPERBAUER
STRABE 34 D-85540 HAA

GREEN SKY CREATIVE LLC
607 SHELBY #500
DETROIT, MI 48226

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPER.
PO BOX 7346
PHILADELPHIA, PA 19101-7346

MARIA LAURA
GUERRA DEEGUI
100 CONGRESS ST, APT. 205
BROOKLYN, NY 11201

HIGBEE & ASSOCIATES
CLIENT TRUST ACCOUNT
1504 BROOKHOLLOW DRIVE
SUITE 112
SANTA ANA, CA 92705

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128

MARITIM PROARTE
HOTEL BERLIN
FRIEDRICHSTRAße 151
10117 BERLIN
GERMANY

HIRERIGHT LLC
PO BOX 847891
DALLAS, TX 75284-7891

JENNIFER MILES
3132 WILMINGTON ROAD
SUITE 4
NEW CASTLE, PA 16105

MASSILLON PLAQUE COMPANY
5757 MAYFAIR ROAD
NORTH CANTON, OH 44720

HUBSPOT INC.
25 FIRST STREET
2ND FLOOR
CAMBRIDGE, MA 02141

JOHN KOON
4243 STURGEON COURT
SAN DIEGO, CA 72130-2146

MAUREEN MUSHINSKY
W3375 MCDONALD ROAD
LAKE GENEVA, WI 53147

HYATT REGENCY AUSTIN
208 BARTON SPRINGS RD.
AUSTIN, TX 78704

JOHN PAUL PICKERING
4021 E. GLENCOVE STREET
MESA, AZ 85205

MERCURY MAGAZINES
5 HIGH RIDGE PARK
STAMFORD, CT 06905

HYATT REGENCY ORLANDO
LOCKBOX 848148
DALLAS, TX 75284

JOYCE LAIRD
13207 WENTWORTH STREET
ARLETA, CA 91331

MICHELLE TAYLOR
6 E. MAYER DRIVE
MONTEBELLO, NY 10901-3402

ICIMS, INC.
29348 NETWORK PLACE
CHICAGO, IL 60673-1294

KEYSTONE COLLECTIONS
GROUP
PO BOX 506
IRWIN, PA 15642

NATIONAL NEWS * INFORMATION
  SERVICES LLC
41521 N. CHASE OAKS WAY
ANTHEM, AZ 85086-1184

NETLINE CORPORATION
DEPT LA 24024
PASADENA, CA 91185-4024

NEW ORLEANS MARRIOTT
555 CANAL STREET
NEW ORLEANS, LA 70130-2349

NORMAN JOHNSON PHOTOGRAPHY
4310 PASEO DEL NORTE NE
SUITE 8
ALBUQUERQUE, NM 87113

NWP ACQUISITION LLC
C/O FARBMAN GROUP
28400 NORTHWESTERN HWY
4TH FLOOR
SOUTHFIELD, MI 48034

OFFICE DEPOT
PO BOX 633211
CINCINNATI, OH 45263-3211

OWNER RESOURCE GROUP
221 W. 6TH STREET
SUITE 2000
AUSTIN, TX 78701

PATHOLOGY EXPERT, INC.
3739 BALBOA STREET
#102
SAN FRANCISCO, CA 94121

PLAN B MARKETING LLC
PO BOX 2083
APOPKA, FL 32704

PNC ERIEVIEW CAPITAL
C/O DOUGLAS MUNDELL, ESQ.
AND LAURA LONG, ESQ.
LEGAL DEPT., 300 FIFTH AVENUE
PITTSBURGH, PA 15222

PR NEWSWIRE ASSOCIATION LLC
PO BOX 5897
NEW YORK, NY 10087-5897

ROCK80 NU HOLDINGS LLC
C/O LINCOLN PROPERTY COMPANY
9 ENTIN ROAD, SUITE 103
PARSIPPANY, NJ 07054

SALESFORCE.COM
PO BOX 203141
DALLAS, TX 75320-3141

SALESIFY INC.
DEPT #33984
PO BOX 39000
SAN FRANCISCO, CA 94139

SINTEC MEDIA
BOX 200663
PITTSBURGH, PA 15251-2662

SJ MARKETING INC.
PO BOX 546
OLD BETHPAGE, NY 11804-0546

SNP TECHNOLOGIES INC.
2319 WHITNEY AVENUE
SUITE 3C
HAMDEN, CT 06518

SOHM PHOTOGRAFX
PO BOX 861
SKAGWAY, AK 99840

STAFF IT INC.
1460 BROADWAY
FRONT 5
NEW YORK, NY 10036

TALKPOINT HOLDINGS LLC
PO BOX 740209
DEPT #4037
ATLANTA, GA 30374-0209

TECHCXO LLC
1911 GRAYSON HWY
SUITE 8/122
GRAYSON, GA 30017

TEXAS CAPITAL BANK, N.A.
C/O ERIC J. TAUBE, ESQ.
WALLER LANSDEN DORTCH
100 CONGRESS AVE., STE. 1800
AUSTIN, TX 78701

THE MAGAZINE PRODUCTION CO
ADUR BUSINESS CENTER
LITTLE HIGH STREET
SHOREHAM-BY-SEA
WEST SUSSEX BN43 5EG, UK

THE SIMON GROUP
1506 OLD BETHLEMHEM PIKE
SELLERSVILLE, PA 18960

TIMOTHY STUDT
3648 STERLING ROAD
DOWNERS GROVE, IL 60515

TOTAL WATER TREATMENT SYSIN
5002 WORLD DAIRY DRIVE
MADISON, WI 53718

UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170

VERIZON
PO BOX 4833
TRENTON, NJ 08650-4833

VISIT ORLANDO
6277 SEA HARBOR DRIVE
SUITE 400
ORLANDO, FL 32821-8043

WILLIAM O. MAKELY
4730 MAIN STREET
DOWNERS GROVE, IL 60515

WORKCAST INC.
600 1ST AVE
SUITE 541-543
SEATTLE, WA 98104

# United States Bankruptcy Court
### District of Delaware

In re  **Advantage Business Media, LLC**
_____
Debtor(s)

Case No. _____
Chapter  **7**  _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Advantage Business Media, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ORG ABM Holdings, Inc.**
**600 Congress Avenue**
**Suite 200**
**Austin, TX 78701**

☐ None [*Check if applicable*]

**June 17, 2019**
_____
Date

**/s/ Shannon D. Humiston**
_____
**Shannon D. Humiston (No. 5740)**
Signature of Attorney or Litigant
Counsel for   **Advantage Business Media, LLC**
_____
**McCarter & English, LLP**
**405 N. King Street, 8th Floor**
**Renaissance Centre**
**Wilmington, DE 19801**
**302-984-6300 Fax:302-984-6399**
**shumiston@mccarter.com**