**Fill in this information to identify the case:**

Debtor name    **Advantage Business Media, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11360-BLS**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 2, 2019**     X **/s/ Bruce Cummings**
                        Signature of individual signing on behalf of debtor

                        **Bruce Cummings**
                        Printed name

                        **Chief Executive Officer**
                        Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Advantage Business Media, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11360-BLS**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  **1a. Real property:**
  Copy line 88 from *Schedule A/B*.................................................................................. $ 0.00

  **1b. Total personal property:**
  Copy line 91A from *Schedule A/B*.............................................................................. $ 8,836,314.69

  **1c. Total of all property:**
  Copy line 92 from *Schedule A/B*................................................................................ $ 8,836,314.69

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 2,505,172.34

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $ 141,692.84

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$ 13,622,781.19

4.   Total liabilities ................................................................................................................
  Lines 2 + 3a + 3b                                                                         $ 16,269,646.37

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Advantage Business Media, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11360-BLS**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.   Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Texas Capital Bank, National Association | Operating | 0742 | $0.00 |
| 3.2. | Texas Capital Bank, National Association | Lockbox | | Unknown |

**4.   Other cash equivalents** *(Identify all)*

| 4.1. | Petty cash and deposits | $4,950.00 |
| --- | --- | --- |

**5.   Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $4,950.00 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.   Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Prepaid expenses. See attached Schedule 7.1. | $558,719.01 |
| --- | --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

SCHEDULE 7.1 (Question 7.1 on Schedule A/B)

PREPAID EXPENSES-ACCOUNT 1301-12/31/19

| DESCRIPTION | EXPENSE PERIOD | CODING | monthly amort | TOTAL AMOUNT PAID | 3/19 ACTIVITY | 3/19 EXPENSE | 3/31/19 PREPAID AMOUNT | 4/19 ACTIVITY | 4/19 EXPENSE | 4/30/19 PREPAID AMOUNT | 5/19 ACTIVITY | 5/19 EXPENSE | 5/31/19 PREPAID AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AARON MILLION | AIR -6/19 | | | | | | | | | | 321.60 | | 321.60 |
| ADOBE CREATIVE - TIM MORGAN | 1/1/19-12/31/19 | | 53.30 | 639.62 | | (53.30) | 479.72 | | (53.30) | 426.42 | | (53.30) | 373.12 |
| AIA DUES | 1/1/19-12/31/19 | 504-109,7250-50 | 351.58 | 4,219.00 | | (351.58) | 3,164.26 | | (351.58) | 2,812.68 | | (351.58) | 2,461.10 |
| AMERICAN AUDIO VIDEO | LDC - APRIL | | | | | | | 10,976.19 | (10,976.19) | 0.00 | | | 0.00 |
| API HUB (1) | 2/1/19-4/30/19 | | | 8,650.00 | | (2,883.37) | 2,883.26 | | (2,883.26) | 0.00 | | | 0.00 |
| API HUB (2) | 4/1/19-6/30/19 | mobius | 5,000.00 | 15,000.00 | | | | 15,000.00 | (5,000.00) | 10,000.00 | | (5,000.00) | 5,000.00 |
| API HUB (2) | 7/1/19-9/30/19 | mobius | 5,000.00 | | | | | | | | 15,000.00 | | 15,000.00 |
| AR DESIGN | BREAKTRUSUMMIT - 10/2019 | | | 600.00 | | | 600.00 | | | 600.00 | | | 600.00 |
| BIZZABO | 1/28/2019-1/27/2020 | 7482-158-900 | 1,250.00 | 15,000.00 | | | 15,000.00 | | (3,750.00) | 11,250.00 | | (1,250.00) | 10,000.00 |
| BRIGHTCOVE | 7/1/18-6/30/19 | | 3,916.67 | 47,000.00 | | (3,916.67) | 11,749.97 | | (3,916.67) | 7,833.30 | | (3,916.67) | 3,916.63 |
| CANON SOLUTIONS | 10/27/18-10/26/19 | | 77.12 | 925.39 | | (77.12) | 539.79 | | (77.12) | 462.67 | | (77.12) | 385.55 |
| CANON SOLUTIONS | 3/28/19-06/27/19 | | 1,129.40 | 3,388.22 | 3,388.20 | | 3,388.20 | | (1,129.40) | 2,258.80 | | (1,129.40) | 1,129.40 |
| CARLTON WILCOXSON | BREAKTRUSUMMIT - 10/2019 | | | | | | | 1,143.75 | | 1,143.75 | 1,131.25 | | 2,275.00 |
| CATHERINE SBELGIA | PRESS FEE - APR | | | | | 450.00 | | 450.00 | | (450.00) | 0.00 | | | 0.00 |
| CATHERINE SBELGIA | HOTEL -APR | | | | | 387.76 | | 387.76 | | (387.76) | 0.00 | | 0.00 |
| CWC SOFTWARE -Quickfill | 4/18-3/19 | | 360.00 | 4,320.00 | | (360.00) | 0.00 | | | 0.00 | | | 0.00 |
| CWC SOFTWARE -Quickfill | 4/19-3/20 | | 443.33 | 5,320.00 | | | | 5,320.00 | (443.33) | 4,876.67 | | (443.33) | 4,433.34 |
| DAN SEEGER | Air - Mar-19 | | | | | (750.00) | 0.00 | | | 0.00 | | | 0.00 |
| DEFER EXPENSES | NEXT MONTH | | | 1,131.00 | 10,642.50 | (8,477.50) | 10,642.50 | 8,050.00 | (10,642.50) | 8,050.00 | 10,027.18 | (8,050.00) | 10,027.18 |
| DOCUSIGN | 02/15/18-02/14/19 | | 460.00 | 5,520.00 | | | | 0.00 | | | 0.00 | | | 0.00 |
| DOCUSIGN | 02/15/18-02/14/20 | | 575.00 | 6,900.00 | 6,900.00 | (862.50) | 6,037.50 | | (575.00) | 5,462.50 | | (575.00) | 4,887.50 |
| EMBASSY SUITES | BREAKTRUSUMMIT - 10/2019 | CANCEL FEE | | | | | | 9,764.22 | | 9,764.22 | | | 9,764.22 |
| EXACTTARGET | 7/1/18-6/30/19 | | 19,778.94 | 237,347.24 | | (19,778.94) | 59,336.78 | | (19,778.94) | 39,557.84 | | (19,778.94) | 19,778.90 |
| BRIANNE, GARY, RYAN CONSULTING | MAY | | | | | | | 9,000.00 | | 9,000.00 | | (9,000.00) | 0.00 |
| FRY TEST | | | | | | | | | | | 5.00 | (5.00) | 0.00 |
| GLEN SUNDIN | AIR -6/19 | | | | | | | | | | 903.50 | | 903.50 |
| HOTEL BERLIN -DEPOSIT | 9/2019 | | | 7,537.84 | | | 7,537.84 | 14,112.00 | | 21,649.84 | | | 21,649.84 |
| HUBSPOT | 09/26/19-8-09/25/19 | Sales | 1,393.91 | 16,726.87 | | (1,393.91) | 9,757.32 | | (1,393.91) | 8,363.41 | | (1,393.91) | 6,969.50 |
| HUBSPOT | 11/1/18 - 4/29/19 | Marketing | 3,531.00 | 21,186.00 | | (3,531.00) | 3,531.00 | | (3,531.00) | 0.00 | | | 0.00 |
| HUBSPOT | 4/29/19-10/28/19 | Marketing | 5,151.00 | 30,906.00 | | | | 30,906.00 | | 30,906.00 | | (5,151.00) | 25,755.00 |
| HYATT -AUSTIN | CANCEL FEE - BREAKTHRU | | | | | | | | | | 21,272.00 | | 21,272.00 |
| HYATT -ORLANDO | ldc deposit-4/2019 | | | 3,500.00 | | | | 76,854.55 | (76,854.55) | 0.00 | | | 0.00 |
| ICIMS | 2/3/19-5/2/19 | | | | | (757.97) | 757.97 | | (757.97) | 0.00 | | | 0.00 |
| IDIO | 06/18-03/19- MOBIUS | | 8,885.42 | 106,625.00 | | (8,885.42) | 26,656.23 | | (8,885.42) | 17,770.81 | | (8,885.42) | 8,885.39 |
| IDIO | 06/16-03/19- MOBIUS | | 1,777.08 | 21,325.00 | | (10,662.52) | 7,108.32 | | (1,777.08) | 5,331.24 | | (1,777.08) | 3,554.16 |
| IDIO | 06/30/19-6/29/20- MOBIUS | | 12,439.58 | | | | | 149,275.00 | | 149,275.00 | | | 149,275.00 |
| INCLOUD | 4/1/18-3/30/19 | | 360.00 | 4,320.00 | | (360.00) | 0.00 | | | 0.00 | | | 0.00 |
| INSIGHT - Vmware | 3/5/18-3/5/19 | | | 2,045.00 | | | | 0.00 | | | 0.00 | | | 0.00 |
| INSIGHT - Vmware | 3/26/19-3/25/20 | | 181.52 | | | | | 0.00 | 2,178.29 | (181.52) | 1,996.77 | | (181.52) | 1,815.25 |
| INSIGHT- proofpoint | 10/17/16-10/17/19 | | 176.95 | 6,370.10 | | (64.95) | 554.51 | | 418.72 | 973.23 | | (176.95) | 796.28 |
| INSIGHT -VERITAS(Tech support) | 1/24/19-01/24/20 | | 215.17 | 2,582.05 | | (215.17) | 2,151.71 | | (215.17) | 1,936.54 | | (215.17) | 1,721.37 |
| INTACCT | 12/12/18-12/11/19 | | 3,550.31 | 42,603.68 | | (3,550.31) | 30,177.59 | | (3,550.31) | 26,627.28 | | (3,550.31) | 23,076.97 |
| JIM THERIAULT | AIR - JUNE 19 | | | | | | | | | | 396.60 | | 396.60 |
| JON MINNICK | CAR -APR | | | | 137.00 | | 137.00 | | (137.00) | 0.00 | | | 0.00 |
| JON MINNICK | HOTEL -APR | | | | 526.14 | | 526.14 | | (526.14) | 0.00 | | | 0.00 |
| JON VAN | BREAKTRUSUMMIT - 10/2019 | SUPPLIES | | | 47.63 | | 47.63 | | | 47.63 | | | 47.63 |
| KATHLEEN BOBACK | AIR -MAY | | | | | | | 286.60 | | 286.60 | | (286.60) | 0.00 |
| MEDICAL INSURANCE | PAID ONE MONTH IN ADVANCE | | | 112,653.98 | 51,001.33 | (57,490.33) | 51,001.13 | 55,274.96 | (51,001.13) | 55,274.96 | 5,297.14 | (55,274.96) | 5,297.14 |
| MEGAN CROUSE | Air -mar-19 | | | | | (479.68) | 0.00 | | | 0.00 | | | 0.00 |
| MEGAN CROUSE | Air -apr-19 | | | | 497.56 | | 497.56 | | (497.56) | 0.00 | | | 0.00 |
| MULESOFT | 5/1/18-4/30/19 | not renewing | 4,083.93 | 49,007.16 | | (4,083.93) | 4,083.93 | | (4,083.93) | 0.00 | | | 0.00 |
| NEWARK MARRIOTT | LDC JUDGING | | | | 5,057.39 | | 5,057.39 | | (5,057.39) | 0.00 | | | 0.00 |
| NEW ORLEANS MARRIOTT | R&D 100 - 11/2019 | | | 10,000.00 | 45,000.00 | | 55,000.00 | | | 55,000.00 | | | 55,000.00 |
| NINA HO | BREAKTRUSUMMIT - 10/2019 | | | | | | | 1,300.00 | | 1,300.00 | 1,050.00 | | 2,350.00 |
| OFFICE RENTS | PAID ONE MONTH IN ADVANCE | | | | 48,253.21 | (48,253.21) | 48,253.21 | 48,253.21 | (48,253.21) | 48,253.21 | 48,433.33 | (48,253.21) | 48,433.33 |
| OPENWATER | 10/1/18 - 9/30/19 | | 566.67 | 6,800.00 | | (566.67) | 3,399.98 | | (566.67) | 2,833.31 | | (566.67) | 2,266.64 |
| PC NAMETAG | LDC april | | | | 317.19 | | 317.19 | | (317.19) | 0.00 | | | 0.00 |
| PLATFORM SH | 10/1/18-9/1/19 | not renewing | 2,802.54 | 33,630.50 | | (12,010.89) | 16,815.25 | | (2,802.54) | 14,012.71 | | (2,802.54) | 11,210.17 |
| PRESS ASSOCIATES | MONTHLY | | | 5,323.50 | 5,408.68 | (5,323.50) | 5,408.68 | 5,408.68 | (5,408.68) | 5,408.68 | 5,408.68 | (5,408.68) | 5,408.68 |
| QUEEN SAENZ | RETAINER | | | | | | | | | | 29,588.25 | (157.50) | 29,430.75 |
| RACHEL-BLAIR FRAISER | AIR-APR | | | | 297.60 | | 297.60 | | (297.60) | 0.00 | | | 0.00 |

| Description | Detail | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RACHEL-BLAIR FRASIER | HOTEL-APR | | | 183.86 | | 183.86 | | (183.86) | 0.00 | | | 0.00 |
| REGONLINE | APR 2019 - LAB DESIGN | | | 708.90 | | 862.95 | | (862.95) | 0.00 | | | 0.00 |
| SALESFORCE.COM - Sales cloud | 11/15/18-10/1/19 | 35.43 | 372.05 | | (33.82) | 207.01 | | (32.01) | 175.00 | | (35.43) | 139.57 |
| SALESFORCE.COM - Sales cloud | 12/12/18-10/1/19 | 35.85 | 340.55 | | (37.84) | 210.00 | | (35.00) | 175.00 | | (35.85) | 139.15 |
| SALESFORCE.COM - Sales Einstein | 01/17/19- 10/1/19 | 70.58 | | | | | 599.90 | (249.90) | 350.00 | | (70.58) | 279.42 |
| SALESFORCE.COM (CPQ TOOL) | 10/2/18-10/1/19 | 6,844.59 | 82,135.10 | | (6,844.59) | 41,067.56 | | (6,844.59) | 34,222.97 | | (6,844.59) | 27,378.38 |
| SAM REGISTRATION | 7/1/18-6/30/20 | 41.61 | 1,498.00 | | (41.61) | 1,123.51 | | (41.61) | 1,081.90 | | (41.61) | 1,040.29 |
| SH TECHNICAL SERVICES | 10/1/18-9/30/19 | 212.08 | 2,545.00 | | (212.08) | 1,272.52 | | (212.08) | 1,060.44 | | (212.08) | 848.36 |
| SHI -PROOFPOINT | 10/15/18-10/14/19 | 133.13 | 1,597.60 | | (133.13) | 865.38 | | (133.13) | 732.25 | | (133.13) | 599.12 |
| SHUTTERSTOCK | 6/1/18-5/30/19 | 541.67 | 6,500.00 | | (541.67) | 1,083.30 | | (541.67) | 541.63 | | (541.67) | 0.00 |
| SINTEC | MAY 2019 | | 3,885.00 | | (3,885.00) | 0.00 | 4,079.25 | | 4,079.25 | | (4,079.25) | 0.00 |
| SJ Marketing` | LDC -april | | | 1,092.45 | | 1,092.45 | | (1,092.45) | 0.00 | | | 0.00 |
| STATISTA | 12/1/18-09/30/19 | 551.25 | 5,512.50 | | (612.50) | 3,215.62 | | (612.50) | 2,603.12 | | (551.25) | 2,051.87 |
| SURVEY MONKEY | | 99.00 | | | | | | | | 1,188.00 | | 1,188.00 |
| SUSAN GILLESPIE | AIR -MAY | | | | | | 279.60 | | 279.60 | | (279.60) | 0.00 |
| TABLEAU | 09/27/18-09/26/19 | 997.03 | 11,964.40 | | (997.03) | 5,982.22 | | (997.03) | 4,985.19 | | (997.03) | 3,988.16 |
| TABLEAU | 12/18/18-12/17/19 | 799.69 | 9,596.25 | | (799.69) | 6,797.33 | | (799.69) | 5,997.64 | | (799.69) | 5,197.95 |
| TIERNEY KING | AIR FEB19 | | | | | | | | 0.00 | | | 0.00 |
| TOTAL PROMOTIN | MAR.19 | | | | | | | | 0.00 | | | 0.00 |
| VISTA | LDC -april | | | 467.00 | (422.24) | 0.00 | | (467.00) | 0.00 | | | 0.00 |
| **PER DETAIL** | **TOTAL** | | | ######## | (215,831.04) | 535,020.18 | 371,207.65 | (289,197.77) | 617,030.06 | 140,022.53 | (198,333.58) | 558,719.01 |
| | BALANCE PER GENERAL LEDGER | | | | | | | | | | (5,107.48) | |
| | VARIANCE | | | | | 535,020.18 | | | 617,030.06 | | | 558,719.01 |

Debtor    **Advantage Business Media, LLC**                              Case number *(If known)*  **19-11360-BLS**
           Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

    8.1.    **Prepaid insurance. See attached Schedule 8.1**                              **$53,526.00**

    8.2.    **Rock 80 Holdings NJ LLC**
**c/o Lincoln Property Company**
**9 Entin Road**
**Parsippany, NJ 07960**                              **$111,913.00**

    8.3.    **Tech Building II, LLC c/o Midtown Center, LLC**
**145 East Badger Road, Suite 200**
**Madison, WI 53713**                              **$4,000.00**

    8.4.    **NWP Acquisition LLC**
**25 Northwest Point Boulevard**
**Suite 430**
**Elk Grove Village, IL 60007**                              **$6,000.00**

    8.5.    **Various federal, state and local tax pre-payments (see attached Schedule 8.5)**                              **$18,815.00**

9.    **Total of Part 2.**                              **$752,973.01**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.    See attached Schedule 11.

11.    **Accounts receivable**

    11a. 90 days old or less:    **761,741.68** - Unknown = ....    **$761,741.68**
                face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                              **$761,741.68**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

SCHEDULE 8.1 (Question 8.1 on Schedule A/B)

PREPAID INSURANCE-2019-1305

| COVERAGE / COVERAGE PERIOD | TOTAL | TRAVEL ACCIDENT 11/13/16-11/13/18 | PROFESSIONAL LIABILITY 12/7/18-12/6/19 | FIDUCIARY LIABILITY 8/1/18-8/31/19 | EXEC PACKAGE 8/31/18-8/31/19 | HANOVER 6/30/18-6/30/19 | HANOVER (auto) 6/30/18-6/30/19 | WORKERS COMP 6/30/17-6/30/18 |
|---|---|---|---|---|---|---|---|---|
| ANNUAL PREMIUM | 80,070.75 | 4,275.00 | 18,858.48 | 1,476.82 | 35,753.13 | 17,425.49 | 2,281.83 | 19,061.00 |
| BALANCE-12/31/18 | 95,632.52 | 1,306.45 | 18,072.71 | 861.47 | 23,835.41 | 8,714.33 | 1,111.23 | 13,134.03 |
| ADDITIONS | (9,105.72) | | | | | (9,105.72) | | |
| EXPENSE | (8,719.13) | (356.25) | (1,571.54) | (123.07) | (2,979.43) | (1,452.80) | (190.15) | (2,045.89) |
| BALANCE-1/31/19 | 77,807.67 | 950.20 | 16,501.17 | 738.40 | 20,855.98 | (1,844.19) | 921.08 | 11,088.14 |
| ADDITIONS | 299.58 | | | | | | 299.58 | |
| EXPENSE | (7,398.43) | (356.25) | (1,571.54) | (123.07) | (2,979.43) | (1,452.80) | (419.73) | (495.61) |
| BALANCE-2/28/19 | 70,708.82 | 593.95 | 14,929.63 | 615.33 | 17,876.55 | (3,296.99) | 800.93 | 10,592.53 |
| ADDITIONS | 0.00 | | | | | | | |
| EXPENSE | (7,055.02) | (356.25) | (1,571.54) | (123.07) | (2,979.43) | (1,452.80) | (200.23) | (371.70) |
| BALANCE-3/31/19 | 63,653.80 | 237.70 | 13,358.09 | 492.26 | 14,897.12 | (4,749.79) | 600.70 | 10,220.83 |
| ADDITIONS | (2,731.71) | | | | | (2,731.71) | | |
| EXPENSE | (6,025.08) | (237.70) | (1,571.54) | (123.07) | (2,979.43) | (541.41) | (200.23) | (371.70) |
| BALANCE-4/30/19 | 54,897.01 | 0.00 | 11,786.55 | 369.19 | 11,917.69 | (8,022.91) | 400.47 | 9,849.13 |
| ADJUSTMENTS NEEDED | 6,652.25 | 771.88 | 785.77 | | | 10,927.60 | | (5,833.00) |
| EXPENSE | (8,023.48) | (118.75) | (1,571.54) | (123.07) | (2,979.43) | (1,452.12) | (190.15) | (1,588.42) |
| BALANCE-5/31/19 | 53,525.78 | 653.13 | 11,000.78 | 246.12 | 8,938.26 | 2,904.69 | 210.32 | 2,427.71 |
| ADDITIONS | 0.00 | | | | | | | |
| EXPENSE | (118.75) | (118.75) | | | | | | |
| BALANCE-6/30/18 | 53,407.03 | 534.38 | 11,000.78 | 246.12 | 8,938.26 | 2,904.69 | 210.32 | 2,427.71 |
| ADDITIONS | 0.00 | | | | | | | |
| EXPENSE | (118.75) | (118.75) | | | | | | |
| BALANCE-7/31/18 | 53,288.28 | 415.63 | 11,000.78 | 246.12 | 8,938.26 | 2,904.69 | 210.32 | 2,427.71 |
| ADDITIONS | 0.00 | | | | | | | |
| EXPENSE | (118.75) | (118.75) | | | | | | |
| BALANCE-8/31/18 | 53,169.53 | 296.88 | 11,000.78 | 246.12 | 8,938.26 | 2,904.69 | 210.32 | 2,427.71 |
| ADDITIONS | 0.00 | | | | | | | |
| EXPENSE | (118.75) | (118.75) | | | | | | |
| BALANCE-9/30/18 | 53,050.78 | 178.13 | 11,000.78 | 246.12 | 8,938.26 | 2,904.69 | 210.32 | 2,427.71 |
| ADDITIONS | 0.00 | | | | | | | |
| EXPENSE | (118.75) | (118.75) | | | | | | |
| BALANCE-10/31/18 | 52,932.03 | 59.38 | 11,000.78 | 246.12 | 8,938.26 | 2,904.69 | 210.32 | 2,427.71 |
| ADDITIONS | 0.00 | | | | | | | |
| EXPENSE | (59.38) | (59.38) | | | | | | |
| BALANCE-11/30/18 | 52,872.65 | 0.00 | 11,000.78 | 246.12 | 8,938.26 | 2,904.69 | 210.32 | 2,427.71 |
| ADDITIONS | 0.00 | | | | | | | |
| EXPENSE | 0.00 | | | | | | | |
| BALANCE-12/31/18 | 52,872.65 | 0.00 | 11,000.78 | 246.12 | 8,938.26 | 2,904.69 | 210.32 | 2,427.71 |

SCHEDULE 8.5 (Question 8.5 on Schedule A/B)

**ABM**
**TAX SUMMARY**

| | OPENING BALANCE IN PREPAID EXPENSES-1/1/18 | TAX PAYMENTS-TO PREPAID EXPENSES - 2018 | TAX REFUNDS-TO PREPAID EXPENSES - 2018 | ADJ TO RETURNS AS FILED-CHARGE TAX EXPENSE AND REDUCE PREPAID EXPENSES -2018 | 2018 Balance | OPENING BALANCE IN PREPAID EXPENSES-1/1/19 | TAX PAYMENTS-TO PREPAID EXPENSES - 2019 | TAX REFUNDS-TO PREPAID EXPENSES - 2019 | ADJ TO RETURNS AS FILED-CHARGE TAX EXPENSE AND REDUCE PREPAID EXPENSES -2019 | 2019 Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | 77,106 | 0 | 0 | 0 | 77,106 | 5,150 | 0 | 0 | 0 | 5,150 |
| JAN-19 | 0 | 0 | (773) | 0 | (773) | 0 | 0 | 0 | 0 | 0 |
| FEB-19 | 0 | 0 | (14,008) | (62) | (14,071) | 0 | 0 | 0 | 0 | 0 |
| MAR-19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| APR-19 | 0 | 7,550 | (287) | (13) | 7,250 | 0 | 4,550 | 0 | 0 | 4,550 |
| MAY-19 | 0 | 0 | 0 | 0 | 0 | 0 | 9,115 | 0 | 0 | 9,115 |
| JUN-19 | 0 | 0 | (59) | 0 | (59) | 0 | 0 | 0 | 0 | 0 |
| JUL-19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AUG-19 | 0 | 0 | (28,072) | 0 | (28,072) | 0 | 0 | 0 | 0 | 0 |
| SEP-19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OCT-19 | 0 | 0 | (1,120) | (5,664) | (6,784) | 0 | 0 | 0 | 0 | 0 |
| NOV-19 | 0 | 0 | 0 | (29,448) | (29,448) | 0 | 0 | 0 | 0 | 0 |
| DEC-19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 0 | 7,550 | (44,319) | (35,187) | (71,956) | 0 | 13,665 | 0 | 0 | 18,815 |
| | | (a) | (a) | | | | (a) | (a) | | |

| Reconciliation | Prepaids | Tax Expense | Net Cash Tax Pymts | Notes |
|---|---|---|---|---|
| Prepaid Balance-1/1/19 | 5,150 | | | |
| Taxes Paid in cash and charged directly to expense-see OTHER TAB (not rolling into summary above) | | 4,099 | | |
| Taxes Paid in Cash and charged to prepaid expenses | 13,665 | 13,665 | 17,764 | GROSS TAX PAYMENTS |
| Tax Refunds | 0 | 0 | 0 | GROSS TAX REFUNDS |
| Net Tax Payments | 13,665 | 17,764 | 17,764 | TOTAL NET TAX PAYMENTS |
| Taxes Paid in cash and charged directly to expense-see OTHER TAB | | 4,099 | 4,099 | |
| Expense to the P&L resulting from adjustment to returns as filed | 0 | 0 | 0 | |
| Total Expense | | 4,099 | | G/L (b) |
| Prepaid Balance-12/31/19 | 18,815 | G/L | | |

| CY 2019 | Net Cash Payments by Month | Expenses by Month |
|---|---|---|
| JAN19 | 0 | 813 |
| FEB19 | 0 | 1,126 |
| MAR19 | 0 | 1,146 |
| APR19 | 4,550 | 1,015 |
| MAY19 | 9,115 | 0 |
| JUN19 | 0 | 0 |
| JUL19 | 0 | 0 |
| AUG19 | 0 | 0 |
| SEP19 | 0 | 0 |
| OCT19 | 0 | 0 |
| NOV19 | 0 | 0 |
| DEC19 | 0 | 0 |
| Total | 13,665 | 4,099 |
| | (a) | (b) |

# SCHEDULE 11 (Question 11 on Schedule A/B)

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C000046 | | INV4692 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 2,195.00 | 0 | 0 | 0 | **2,195.00** |
| | | INV5248 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 2,195.00 | 0 | 0 | 0 | 0 | **2,195.00** |
| **Total for C000046** | | | | | | | **0.00** | **2,195.00** | **2,195.00** | **0.00** | **0.00** | **0.00** | **4,390.00** |
| C000063 | | INV5140 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,500.00 | 0 | 0 | 0 | 0 | **2,500.00** |
| **Total for C000063** | | | | | | | **0.00** | **2,500.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2,500.00** |
| C000164 | | | 2/28/2018 | 2/16/2018 | 2/16/2018 | 495 | 0 | 0 | 0 | 0 | 0 | -1,148.00 | **-1,148.00** |
| **Total for C000164** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-1,148.00** | **-1,148.00** |
| C000169 | | INV5120 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 5,000.00 | 0 | 0 | 0 | 0 | **5,000.00** |
| **Total for C000169** | | | | | | | **0.00** | **5,000.00** | **0.00** | **0.00** | **0.00** | **0.00** | **5,000.00** |
| C000193 | | 36902008 | 7/1/2016 | 7/1/2016 | 7/31/2016 | 1090 | 0 | 0 | 0 | 0 | 0 | 955 | **955** |
| **Total for C000193** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **955.00** | **955.00** |
| C000199 | | INV4915 | 4/29/2019 | 4/29/2019 | 5/29/2019 | 58 | 0 | 0 | 2,380.00 | 0 | 0 | 0 | **2,380.00** |
| | | INV5083 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,620.00 | 0 | 0 | 0 | **2,620.00** |
| | | INV5084 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,600.00 | 0 | 0 | 0 | **2,600.00** |
| | | INV5118 | 5/29/2019 | 5/29/2019 | 6/28/2019 | 28 | 0 | 13,000.00 | 0 | 0 | 0 | 0 | **13,000.00** |
| | | INV5141 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,380.00 | 0 | 0 | 0 | 0 | **2,380.00** |
| **Total for C000199** | | | | | | | **0.00** | **15,380.00** | **7,600.00** | **0.00** | **0.00** | **0.00** | **22,980.00** |
| C000214 | | INV4116 | 1/28/2019 | 1/28/2019 | 2/27/2019 | 149 | 0 | 0 | 0 | 0 | 0 | -180 | **-180** |
| | | INV4710 | 4/12/2019 | 4/12/2019 | 5/12/2019 | 75 | 0 | 0 | 0 | 1,800.00 | 0 | 0 | **1,800.00** |
| | | INV5085 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,800.00 | 0 | 0 | 0 | **1,800.00** |
| **Total for C000214** | | | | | | | **0.00** | **0.00** | **1,800.00** | **1,800.00** | **0.00** | **-180.00** | **3,420.00** |
| C000222 | | wire | 3/18/2019 | 3/18/2019 | 3/18/2019 | 100 | 0 | 0 | 0 | 0 | -697.83 | 0 | **-697.83** |
| | | WIRE | 4/12/2019 | 4/12/2019 | 4/12/2019 | 75 | 0 | 0 | 0 | -140.63 | 0 | 0 | **-140.63** |
| | | wire | 4/17/2019 | 4/17/2019 | 4/17/2019 | 70 | 0 | 0 | 0 | -5,774.98 | 0 | 0 | **-5,774.98** |
| | | CM0025 | 5/14/2019 | 5/14/2019 | 5/14/2019 | 43 | 0 | 0 | -849.83 | 0 | 0 | 0 | **-849.83** |
| | | CM0024 | 5/14/2019 | 5/14/2019 | 5/14/2019 | 43 | 0 | 0 | 26 | 0 | 0 | 0 | **26** |
| | | INV5142 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 3,366.00 | 0 | 0 | 0 | 0 | **3,366.00** |
| | | INV5200 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 13,398.92 | 0 | 0 | 0 | 0 | **13,398.92** |
| | | INV5199 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 5,800.40 | 0 | 0 | 0 | 0 | **5,800.40** |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date                     As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total for C000222** | | | | | | | **0.00** | **22,565.32** | **-823.83** | **-5,915.61** | **-697.83** | **0.00** | **15,128.05** |
| C000247 | ■■■■ | INV5086 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,970.00 | 0 | 0 | 0 | 1,970.00 |
| **Total for C000247** | | | | | | | **0.00** | **0.00** | **1,970.00** | **0.00** | **0.00** | **0.00** | **1,970.00** |
| C000273 | ■■■ | INV5087 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,600.00 | 0 | 0 | 0 | 1,600.00 |
| **Total for C000273** | | | | | | | **0.00** | **0.00** | **1,600.00** | **0.00** | **0.00** | **0.00** | **1,600.00** |
| C000277 | ■■■■ | INV5168 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 3,920.00 | 0 | 0 | 0 | 0 | 3,920.00 |
| **Total for C000277** | | | | | | | **0.00** | **3,920.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3,920.00** |
| C000287 | ■■■■■ | INV5169 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 5,000.00 | 0 | 0 | 0 | 0 | 5,000.00 |
| **Total for C000287** | | | | | | | **0.00** | **5,000.00** | **0.00** | **0.00** | **0.00** | **0.00** | **5,000.00** |
| C000289 | ■■■ | INV5049 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 110.1 | 0 | 0 | 0 | 110.1 |
| | | INV5233 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 870.4 | 0 | 0 | 0 | 0 | 870.4 |
| **Total for C000289** | | | | | | | **0.00** | **870.40** | **110.10** | **0.00** | **0.00** | **0.00** | **980.50** |
| C000295 | ■■■ | INV5186 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,300.00 | 0 | 0 | 0 | 0 | 1,300.00 |
| | | INV5185 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,300.00 | 0 | 0 | 0 | 0 | 1,300.00 |
| | | INV5184 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,145.00 | 0 | 0 | 0 | 0 | 2,145.00 |
| **Total for C000295** | | | | | | | **0.00** | **4,745.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4,745.00** |
| C000352 | ■■ | INV4380 | 2/28/2019 | 2/28/2019 | 3/30/2019 | 118 | 0 | 0 | 0 | 0 | 4,500.00 | 0 | 4,500.00 |
| **Total for C000352** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **4,500.00** | **0.00** | **4,500.00** |
| C000365 | ■■■■ | 94900084 | 10/31/2016 | 10/31/2016 | 11/30/2016 | 968 | 0 | 0 | 0 | 0 | 0 | 3,000.00 | 3,000.00 |
| **Total for C000365** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3,000.00** | **3,000.00** |
| C000405 | ■■■ | INV5231 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 14,300.00 | 0 | 0 | 0 | 0 | 14,300.00 |
| | | INV5232 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 4,000.00 | 0 | 0 | 0 | 0 | 4,000.00 |
| | | INV5234 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 17,130.59 | 0 | 0 | 0 | 0 | 17,130.59 |
| | | INV5249 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 13,000.00 | 0 | 0 | 0 | 0 | 13,000.00 |
| **Total for C000405** | | | | | | | **0.00** | **48,430.59** | **0.00** | **0.00** | **0.00** | **0.00** | **48,430.59** |
| C000415 | ■■■ | INV4665 | 3/31/2019 | 3/31/2019 | 4/30/2019 | 87 | 0 | 0 | 0 | 2,625.00 | 0 | 0 | 2,625.00 |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | INV4899 | 4/26/2019 | 4/26/2019 | 5/26/2019 | 61 | 0 | 0 | 0 | 1,100.00 | 0 | 0 | 1,100.00 |
| Total for C000415 | | | | | | | 0.00 | 0.00 | 0.00 | 3,725.00 | 0.00 | 0.00 | 3,725.00 |
| C000416 | ███████████████ | INV4278 | 2/26/2019 | 2/26/2019 | 3/28/2019 | 120 | 0 | 0 | 0 | 0 | 3,300.00 | 0 | 3,300.00 |
| Total for C000416 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 3,300.00 | 0.00 | 3,300.00 |
| C000430 | ████████ | INV5076 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,772.00 | 0 | 0 | 0 | 2,772.00 |
| Total for C000430 | | | | | | | 0.00 | 0.00 | 2,772.00 | 0.00 | 0.00 | 0.00 | 2,772.00 |
| C000431 | █████████ | INV5201 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 6,500.00 | 0 | 0 | 0 | 0 | 6,500.00 |
| Total for C000431 | | | | | | | 0.00 | 6,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,500.00 |
| C000454 | ██████████ | INV5119 | 5/29/2019 | 5/29/2019 | 6/28/2019 | 28 | 0 | 15,000.00 | 0 | 0 | 0 | 0 | 15,000.00 |
| | | INV5143 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 871.25 | 0 | 0 | 0 | 0 | 871.25 |
| | | INV5202 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 3,185.00 | 0 | 0 | 0 | 0 | 3,185.00 |
| Total for C000454 | | | | | | | 0.00 | 19,056.25 | 0.00 | 0.00 | 0.00 | 0.00 | 19,056.25 |
| C000464 | ██████████████████ | | 4/30/2018 | 5/3/2018 | 5/3/2018 | 419 | 0 | 0 | 0 | 0 | 0 | -2,490.00 | -2,490.00 |
| | | WIRE | 12/31/2018 | 12/31/2018 | 12/31/2018 | 177 | 0 | 0 | 0 | 0 | 0 | -800 | -800 |
| | | INV5000 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 3,344.00 | 0 | 0 | 0 | 3,344.00 |
| | | INV5187 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 3,328.00 | 0 | 0 | 0 | 0 | 3,328.00 |
| Total for C000464 | | | | | | | 0.00 | 3,328.00 | 3,344.00 | 0.00 | 0.00 | -3,290.00 | 3,382.00 |
| C000493 | ██████████████ | INV5250 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 4,250.00 | 0 | 0 | 0 | 0 | 4,250.00 |
| Total for C000493 | | | | | | | 0.00 | 4,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,250.00 |
| C000494 | ██████████ | INV5035 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 720 | 0 | 0 | 0 | 720 |
| | | INV5036 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,800.00 | 0 | 0 | 0 | 1,800.00 |
| | | INV5088 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,080.00 | 0 | 0 | 0 | 1,080.00 |
| | | INV5089 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 3,600.00 | 0 | 0 | 0 | 3,600.00 |
| Total for C000494 | | | | | | | 0.00 | 0.00 | 7,200.00 | 0.00 | 0.00 | 0.00 | 7,200.00 |
| C000510 | ███████████████ | INV4979 | 4/30/2019 | 4/30/2019 | 6/14/2019 | 57 | 0 | 0 | 10,555.55 | 0 | 0 | 0 | 10,555.55 |
| | | INV5123 | 5/30/2019 | 5/30/2019 | 7/14/2019 | 27 | 0 | 7,000.00 | 0 | 0 | 0 | 0 | 7,000.00 |
| | | INV5122 | 5/30/2019 | 5/30/2019 | 7/14/2019 | 27 | 0 | 10,555.56 | 0 | 0 | 0 | 0 | 10,555.56 |
| | | INV5203 | 5/31/2019 | 5/31/2019 | 7/15/2019 | 26 | 0 | 21,905.00 | 0 | 0 | 0 | 0 | 21,905.00 |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total for C000510** | | | | | | | 0.00 | 39,460.56 | 10,555.55 | 0.00 | 0.00 | 0.00 | 50,016.11 |
| C000511 | ⬛ | INV5015 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,215.00 | 0 | 0 | 0 | **1,215.00** |
| | | INV5037 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 4,200.00 | 0 | 0 | 0 | **4,200.00** |
| | | INV5170 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,680.00 | 0 | 0 | 0 | 0 | **1,680.00** |
| | | INV5204 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,035.00 | 0 | 0 | 0 | 0 | **1,035.00** |
| **Total for C000511** | | | | | | | 0.00 | 2,715.00 | 5,415.00 | 0.00 | 0.00 | 0.00 | 8,130.00 |
| C000555 | ⬛ | INV5188 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,000.00 | 0 | 0 | 0 | 0 | **2,000.00** |
| **Total for C000555** | | | | | | | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| C000623 | ⬛ | INV5002 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,000.00 | 0 | 0 | 0 | **1,000.00** |
| | | INV5189 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,000.00 | 0 | 0 | 0 | 0 | **1,000.00** |
| **Total for C000623** | | | | | | | 0.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| C000652 | ⬛ | wire | 11/23/2018 | 11/23/2018 | 11/23/2018 | 215 | 0 | 0 | 0 | 0 | 0 | -6,500.00 | **-6,500.00** |
| | | wre | 12/17/2018 | 12/17/2018 | 12/17/2018 | 191 | 0 | 0 | 0 | 0 | 0 | -25,500.00 | **-25,500.00** |
| **Total for C000652** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -32,000.00 | -32,000.00 |
| C000679 | ⬛ | INV5144 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,735.00 | 0 | 0 | 0 | 0 | **1,735.00** |
| | | INV5171 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,446.00 | 0 | 0 | 0 | 0 | **2,446.00** |
| **Total for C000679** | | | | | | | 0.00 | 4,181.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,181.00 |
| C000780 | ⬛ | INV4694 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 3,187.50 | 0 | 0 | 0 | **3,187.50** |
| | | INV5059 | 5/13/2019 | 5/13/2019 | 6/12/2019 | 44 | 0 | 0 | 3,187.50 | 0 | 0 | 0 | **3,187.50** |
| **Total for C000780** | | | | | | | 0.00 | 0.00 | 6,375.00 | 0.00 | 0.00 | 0.00 | 6,375.00 |
| C000802 | ⬛ | INV5124 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 5,000.00 | 0 | 0 | 0 | 0 | **5,000.00** |
| **Total for C000802** | | | | | | | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 |
| C000815 | ⬛ | INV5091 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 5,550.00 | 0 | 0 | 0 | **5,550.00** |
| **Total for C000815** | | | | | | | 0.00 | 0.00 | 5,550.00 | 0.00 | 0.00 | 0.00 | 5,550.00 |
| C000826 | ⬛ | INV4265 | 2/25/2019 | 2/25/2019 | 3/27/2019 | 121 | 0 | 0 | 0 | 0 | 0 | 2,833.00 | **2,833.00** |
| | | INV4279 | 2/26/2019 | 2/26/2019 | 3/28/2019 | 120 | 0 | 0 | 0 | 0 | 2,833.00 | 0 | **2,833.00** |
| **Total for C000826** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 2,833.00 | 2,833.00 | 5,666.00 |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C000852 | ▮▮▮▮▮▮ | INV4737 | 4/15/2019 | 4/15/2019 | 5/15/2019 | 72 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| | | INV5125 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 5,000.00 | 0 | 0 | 0 | 0 | 5,000.00 |
| | | INV5245 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 1,250.00 | 0 | 0 | 0 | 0 | 1,250.00 |
| **Total for C000852** | | | | | | | **0.00** | **6,250.00** | **0.00** | **1.00** | **0.00** | **0.00** | **6,251.00** |
| C000871 | ▮▮▮▮▮▮ | INV5092 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,695.00 | 0 | 0 | 0 | 1,695.00 |
| **Total for C000871** | | | | | | | **0.00** | **0.00** | **1,695.00** | **0.00** | **0.00** | **0.00** | **1,695.00** |
| C000909 | ▮▮▮▮▮▮ | INV5016 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 6,020.00 | 0 | 0 | 0 | 6,020.00 |
| | | INV5205 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 6,020.00 | 0 | 0 | 0 | 0 | 6,020.00 |
| **Total for C000909** | | | | | | | **0.00** | **6,020.00** | **6,020.00** | **0.00** | **0.00** | **0.00** | **12,040.00** |
| C000918 | ▮▮▮▮▮▮ | INV4911 | 4/26/2019 | 4/26/2019 | 5/26/2019 | 61 | 0 | 0 | 0 | 6,000.00 | 0 | 0 | 6,000.00 |
| | | INV4983 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 10,000.00 | 0 | 0 | 0 | 10,000.00 |
| | | INV5126 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 10,000.00 | 0 | 0 | 0 | 0 | 10,000.00 |
| | | INV5163 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 6,000.00 | 0 | 0 | 0 | 0 | 6,000.00 |
| **Total for C000918** | | | | | | | **0.00** | **16,000.00** | **10,000.00** | **6,000.00** | **0.00** | **0.00** | **32,000.00** |
| C000950 | ▮▮▮▮▮▮ | INV5094 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,985.00 | 0 | 0 | 0 | 1,985.00 |
| **Total for C000950** | | | | | | | **0.00** | **0.00** | **1,985.00** | **0.00** | **0.00** | **0.00** | **1,985.00** |
| C000951 | ▮▮▮▮▮▮ | INV4643 | 3/31/2019 | 3/31/2019 | 4/30/2019 | 87 | 0 | 0 | 0 | 9,090.00 | 0 | 0 | 9,090.00 |
| | | INV4985 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 9,090.00 | 0 | 0 | 0 | 9,090.00 |
| | | INV5127 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 9,090.00 | 0 | 0 | 0 | 0 | 9,090.00 |
| **Total for C000951** | | | | | | | **0.00** | **9,090.00** | **9,090.00** | **9,090.00** | **0.00** | **0.00** | **27,270.00** |
| C000994 | ▮▮▮▮▮▮ | 2523178174 | 3/15/2019 | 3/15/2019 | 3/15/2019 | 103 | 0 | 0 | 0 | 0 | -2,260.00 | 0 | -2,260.00 |
| **Total for C000994** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **-2,260.00** | **0.00** | **-2,260.00** |
| C000996 | ▮▮▮▮▮▮ | INV4319 | 2/28/2019 | 2/28/2019 | 3/30/2019 | 118 | 0 | 0 | 0 | 0 | 1,557.23 | 0 | 1,557.23 |
| | | INV4668 | 3/31/2019 | 3/31/2019 | 4/30/2019 | 87 | 0 | 0 | 0 | 6,580.02 | 0 | 0 | 6,580.02 |
| | | INV5145 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 4,340.00 | 0 | 0 | 0 | 0 | 4,340.00 |
| **Total for C000996** | | | | | | | **0.00** | **4,340.00** | **0.00** | **6,580.02** | **1,557.23** | **0.00** | **12,477.25** |
| C001001 | ▮▮▮▮▮▮ | INV5172 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,600.00 | 0 | 0 | 0 | 0 | 1,600.00 |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total for C001001** | | | | | | | **0.00** | **1,600.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1,600.00** |
| C001002 | | INV4644 | 3/31/2019 | 3/31/2019 | 4/30/2019 | 87 | 0 | 0 | 0 | 4,250.00 | 0 | 0 | **4,250.00** |
| | | INV4987 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 4,250.00 | 0 | 0 | 0 | **4,250.00** |
| | | INV5129 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 4,250.00 | 0 | 0 | 0 | 0 | **4,250.00** |
| **Total for C001002** | | | | | | | **0.00** | **4,250.00** | **4,250.00** | **4,250.00** | **0.00** | **0.00** | **12,750.00** |
| C001024 | | INV5206 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 4,000.00 | 0 | 0 | 0 | 0 | **4,000.00** |
| **Total for C001024** | | | | | | | **0.00** | **4,000.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4,000.00** |
| C001039 | | cc | 4/16/2019 | 4/17/2019 | 4/17/2019 | 70 | 0 | 0 | 0 | -12,730.00 | 0 | 0 | **-12,730.00** |
| | | INV5096 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,337.50 | 0 | 0 | 0 | **2,337.50** |
| **Total for C001039** | | | | | | | **0.00** | **0.00** | **2,337.50** | **-12,730.00** | **0.00** | **0.00** | **-10,392.50** |
| C001040 | | UP954395 | 11/30/2017 | 11/30/2017 | 11/30/2017 | 573 | 0 | 0 | 0 | 0 | 0 | -9,900.00 | **-9,900.00** |
| | | INV4656 | 3/31/2019 | 3/31/2019 | 4/30/2019 | 87 | 0 | 0 | 0 | 3,780.00 | 0 | 0 | **3,780.00** |
| | | wire | 4/10/2019 | 4/10/2019 | 4/10/2019 | 77 | 0 | 0 | 0 | -5,252.50 | 0 | 0 | **-5,252.50** |
| | | INV4885 | 4/17/2019 | 4/17/2019 | 5/17/2019 | 70 | 0 | 0 | 0 | -13,500.00 | 0 | 0 | **-13,500.00** |
| | | INV5228 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 11,610.00 | 0 | 0 | 0 | 0 | **11,610.00** |
| **Total for C001040** | | | | | | | **0.00** | **11,610.00** | **0.00** | **-14,972.50** | **0.00** | **-9,900.00** | **-13,262.50** |
| C001043 | | INV5191 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,000.00 | 0 | 0 | 0 | 0 | **2,000.00** |
| **Total for C001043** | | | | | | | **0.00** | **2,000.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2,000.00** |
| C001045 | | INV5005 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,000.00 | 0 | 0 | 0 | **1,000.00** |
| | | INV5192 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,000.00 | 0 | 0 | 0 | 0 | **1,000.00** |
| | | INV5207 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,860.00 | 0 | 0 | 0 | 0 | **2,860.00** |
| **Total for C001045** | | | | | | | **0.00** | **3,860.00** | **1,000.00** | **0.00** | **0.00** | **0.00** | **4,860.00** |
| C001061 | | INV5208 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 13,680.00 | 0 | 0 | 0 | 0 | **13,680.00** |
| **Total for C001061** | | | | | | | **0.00** | **13,680.00** | **0.00** | **0.00** | **0.00** | **0.00** | **13,680.00** |
| C001065 | | INV5097 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,760.00 | 0 | 0 | 0 | **1,760.00** |
| **Total for C001065** | | | | | | | **0.00** | **0.00** | **1,760.00** | **0.00** | **0.00** | **0.00** | **1,760.00** |
| C001082 | | INV3857 | 12/14/2018 | 12/14/2018 | 2/12/2019 | 194 | 0 | 0 | 0 | 0 | 0 | 1,305.00 | **1,305.00** |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total for C001082** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1,305.00** | **1,305.00** |
| C001087 | ▓▓▓▓▓ | 86409 | 4/17/2019 | 4/18/2019 | 4/18/2019 | 69 | 0 | 0 | 0 | -6,000.00 | 0 | 0 | -6,000.00 |
| **Total for C001087** | | | | | | | **0.00** | **0.00** | **0.00** | **-6,000.00** | **0.00** | **0.00** | **-6,000.00** |
| C001101 | ▓▓▓▓▓ | INV5147 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,040.00 | 0 | 0 | 0 | 0 | 1,040.00 |
| **Total for C001101** | | | | | | | **0.00** | **1,040.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1,040.00** |
| C001128 | ▓▓▓▓▓ | INV4148 | 1/30/2019 | 1/30/2019 | 3/1/2019 | 147 | 0 | 0 | 0 | 0 | 0 | 4,000.00 | 4,000.00 |
| | | INV4301 | 2/28/2019 | 2/28/2019 | 3/30/2019 | 118 | 0 | 0 | 0 | 0 | 4,000.00 | 0 | 4,000.00 |
| | | INV4646 | 3/31/2019 | 3/31/2019 | 4/30/2019 | 87 | 0 | 0 | 0 | 4,000.00 | 0 | 0 | 4,000.00 |
| | | INV4989 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 4,000.00 | 0 | 0 | 0 | 4,000.00 |
| **Total for C001128** | | | | | | | **0.00** | **0.00** | **4,000.00** | **4,000.00** | **4,000.00** | **4,000.00** | **16,000.00** |
| C001146 | ▓▓▓▓▓ | INV5062 | 5/13/2019 | 5/13/2019 | 6/12/2019 | 44 | 0 | 1,200.00 | 0 | 0 | 0 | 0 | 1,200.00 |
| | | INV5164 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,200.00 | 0 | 0 | 0 | 0 | 2,200.00 |
| | | INV5254 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 1,200.00 | 0 | 0 | 0 | 0 | 1,200.00 |
| **Total for C001146** | | | | | | | **0.00** | **3,400.00** | **1,200.00** | **0.00** | **0.00** | **0.00** | **4,600.00** |
| C001160 | ▓▓▓▓▓ | wire | 6/6/2019 | 6/6/2019 | 6/6/2019 | 20 | 0 | -715 | 0 | 0 | 0 | 0 | -715 |
| **Total for C001160** | | | | | | | **0.00** | **-715.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-715.00** |
| C001162 | ▓▓▓▓▓ | INV5063 | 5/13/2019 | 5/13/2019 | 6/12/2019 | 44 | 0 | 0 | 800 | 0 | 0 | 0 | 800 |
| | | INV5209 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 6,500.00 | 0 | 0 | 0 | 0 | 6,500.00 |
| | | INV5255 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 600 | 0 | 0 | 0 | 0 | 600 |
| **Total for C001162** | | | | | | | **0.00** | **7,100.00** | **800.00** | **0.00** | **0.00** | **0.00** | **7,900.00** |
| C001166 | ▓▓▓▓▓ | INV5006 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 2,000.00 | 0 | 0 | 0 | 2,000.00 |
| **Total for C001166** | | | | | | | **0.00** | **0.00** | **2,000.00** | **0.00** | **0.00** | **0.00** | **2,000.00** |
| C001171 | ▓▓▓▓▓ | INV4670 | 3/31/2019 | 3/31/2019 | 4/30/2019 | 87 | 0 | 0 | 0 | 6,483.30 | 0 | 0 | 6,483.30 |
| **Total for C001171** | | | | | | | **0.00** | **0.00** | **0.00** | **6,483.30** | **0.00** | **0.00** | **6,483.30** |
| C001172 | ▓▓▓▓▓ | INV4400 | 3/11/2019 | 3/11/2019 | 4/10/2019 | 107 | 0 | 0 | 0 | 1,200.00 | 0 | 1,200.00 |
| | | INV4511 | 3/22/2019 | 3/22/2019 | 4/21/2019 | 96 | 0 | 0 | 0 | 0 | 750 | 0 | 750 |
| | | INV4714 | 4/12/2019 | 4/12/2019 | 5/12/2019 | 75 | 0 | 0 | 0 | 750 | 0 | 0 | 750 |

| | |
|---|---|
| **Company Name:** | Advantage Business Marketing |
| **Report Name:** | Customer Aging Report |
| **As of Date:** | 6/26/2019 |
| **Created On:** | 6/26/2019 |

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | INV4699 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,200.00 | 0 | 0 | 0 | **1,200.00** |
| | | INV5064 | 5/13/2019 | 5/13/2019 | 6/12/2019 | 44 | 0 | 0 | 1,200.00 | 0 | 0 | 0 | **1,200.00** |
| | | INV5099 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 750 | 0 | 0 | 0 | **750** |
| | | INV5256 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 1,200.00 | 0 | 0 | 0 | 0 | **1,200.00** |
| **Total for C001172** | | | | | | | **0.00** | **1,200.00** | **3,150.00** | **750.00** | **1,950.00** | **0.00** | **7,050.00** |
| C001184 | | 16974 | 12/24/2018 | 12/24/2018 | 12/24/2018 | 184 | 0 | 0 | 0 | 0 | 0 | -4,500.00 | **-4,500.00** |
| **Total for C001184** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-4,500.00** | **-4,500.00** |
| C001216 | | INV5102 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,932.50 | 0 | 0 | 0 | **2,932.50** |
| | | INV5150 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 570 | 0 | 0 | 0 | 0 | **570** |
| **Total for C001216** | | | | | | | **0.00** | **570.00** | **2,932.50** | **0.00** | **0.00** | **0.00** | **3,502.50** |
| C001229 | | INV5130 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 8,333.33 | 0 | 0 | 0 | 0 | **8,333.33** |
| **Total for C001229** | | | | | | | **0.00** | **8,333.33** | **0.00** | **0.00** | **0.00** | **0.00** | **8,333.33** |
| C001237 | | INV5193 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 500 | 0 | 0 | 0 | 0 | **500** |
| **Total for C001237** | | | | | | | **0.00** | **500.00** | **0.00** | **0.00** | **0.00** | **0.00** | **500.00** |
| C001240 | | WIRE | 1/30/2019 | 1/30/2019 | 1/30/2019 | 147 | 0 | 0 | 0 | 0 | 0 | -7,100.00 | **-7,100.00** |
| | | INV5174 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 5,700.00 | 0 | 0 | 0 | 0 | **5,700.00** |
| | | INV5246 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 7,990.00 | 0 | 0 | 0 | 0 | **7,990.00** |
| **Total for C001240** | | | | | | | **0.00** | **13,690.00** | **0.00** | **0.00** | **0.00** | **-7,100.00** | **6,590.00** |
| C001262 | | INV5131 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 6,000.00 | 0 | 0 | 0 | 0 | **6,000.00** |
| **Total for C001262** | | | | | | | **0.00** | **6,000.00** | **0.00** | **0.00** | **0.00** | **0.00** | **6,000.00** |
| C001268 | | INV5210 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,200.00 | 0 | 0 | 0 | 0 | **2,200.00** |
| | | INV5211 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 4,928.00 | 0 | 0 | 0 | 0 | **4,928.00** |
| **Total for C001268** | | | | | | | **0.00** | **7,128.00** | **0.00** | **0.00** | **0.00** | **0.00** | **7,128.00** |
| C001292 | | WIRE | 3/6/2019 | 3/6/2019 | 3/6/2019 | 112 | 0 | 0 | 0 | 0 | -14,000.00 | 0 | **-14,000.00** |
| | | INV4691 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 28,000.00 | 0 | 0 | 0 | **28,000.00** |
| **Total for C001292** | | | | | | | **0.00** | **0.00** | **28,000.00** | **0.00** | **-14,000.00** | **0.00** | **14,000.00** |
| C001295 | | INV5103 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,460.00 | 0 | 0 | 0 | **1,460.00** |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total for C001295** | | | | | | | **0.00** | **0.00** | **1,460.00** | **0.00** | **0.00** | **0.00** | **1,460.00** |
| C001331 | ███████ | 38695 | 3/11/2019 | 3/11/2019 | 3/11/2019 | 107 | 0 | 0 | 0 | 0 | -800 | 0 | **-800** |
| **Total for C001331** | | | | | | | **0.00** | **0.00** | **0.00** | **0.00** | **-800.00** | **0.00** | **-800.00** |
| C001336 | ███ | INV5020 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 180 | 0 | 0 | 0 | **180** |
| | | INV5212 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 9,720.00 | 0 | 0 | 0 | 0 | **9,720.00** |
| **Total for C001336** | | | | | | | **0.00** | **9,720.00** | **180.00** | **0.00** | **0.00** | **0.00** | **9,900.00** |
| C001361 | ███████████ | INV5077 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 12,150.00 | 0 | 0 | 0 | **12,150.00** |
| | | wire eru | 5/29/2019 | 5/29/2019 | 5/29/2019 | 28 | 0 | -935.55 | 0 | 0 | 0 | 0 | **-935.55** |
| | | INV5213 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 6,500.00 | 0 | 0 | 0 | 0 | **6,500.00** |
| | | INV5215 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 6,500.00 | 0 | 0 | 0 | 0 | **6,500.00** |
| | | INV5214 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 6,500.00 | 0 | 0 | 0 | 0 | **6,500.00** |
| **Total for C001361** | | | | | | | **0.00** | **18,564.45** | **12,150.00** | **0.00** | **0.00** | **0.00** | **30,714.45** |
| C001373 | ████████ | INV4922 | 4/29/2019 | 4/29/2019 | 5/29/2019 | 58 | 0 | 0 | 1,500.00 | 0 | 0 | 0 | **1,500.00** |
| **Total for C001373** | | | | | | | **0.00** | **0.00** | **1,500.00** | **0.00** | **0.00** | **0.00** | **1,500.00** |
| C001375 | ████████ | 99211 | 10/19/2018 | 10/19/2018 | 10/19/2018 | 250 | 0 | 0 | 0 | 0 | 0 | -2,100.00 | **-2,100.00** |
| | | INV5021 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 2,100.00 | 0 | 0 | 0 | **2,100.00** |
| | | INV5151 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 3,300.00 | 0 | 0 | 0 | 0 | **3,300.00** |
| | | INV5216 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,100.00 | 0 | 0 | 0 | 0 | **2,100.00** |
| **Total for C001375** | | | | | | | **0.00** | **5,400.00** | **2,100.00** | **0.00** | **0.00** | **-2,100.00** | **5,400.00** |
| C001378 | █████ | INV5257 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 525 | 0 | 0 | 0 | 0 | **525** |
| **Total for C001378** | | | | | | | **0.00** | **525.00** | **0.00** | **0.00** | **0.00** | **0.00** | **525.00** |
| C001458 | █████ | INV3440 | 11/15/2018 | 11/15/2018 | 12/15/2018 | 223 | 0 | 0 | 0 | 0 | 0 | 20 | **20** |
| | | INV4231 | 2/11/2019 | 2/11/2019 | 3/13/2019 | 135 | 0 | 0 | 0 | 0 | 0 | 2,000.00 | **2,000.00** |
| | | INV4401 | 3/11/2019 | 3/11/2019 | 4/10/2019 | 107 | 0 | 0 | 0 | 0 | 2,000.00 | 0 | **2,000.00** |
| | | INV4702 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 2,000.00 | 0 | 0 | 0 | **2,000.00** |
| | | INV4991 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 5,000.00 | 0 | 0 | 0 | **5,000.00** |
| | | INV5066 | 5/13/2019 | 5/13/2019 | 6/12/2019 | 44 | 0 | 0 | 2,000.00 | 0 | 0 | 0 | **2,000.00** |
| | | INV5132 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 5,000.00 | 0 | 0 | 0 | 0 | **5,000.00** |
| | | INV5258 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 2,000.00 | 0 | 0 | 0 | 0 | **2,000.00** |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date      As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total for C001458 | | | | | | 0.00 | 7,000.00 | 9,000.00 | 0.00 | 2,000.00 | 2,020.00 | 20,020.00 |
| C001501 | ▮ | INV5040 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 2,160.78 | 0 | 0 | 0 | 2,160.78 |
| | | INV5041 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 4,984.66 | 0 | 0 | 0 | 4,984.66 |
| | | INV5042 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 4,314.43 | 0 | 0 | 0 | 4,314.43 |
| | | INV5175 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 3,415.59 | 0 | 0 | 0 | 0 | 3,415.59 |
| | | INV5176 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 3,946.19 | 0 | 0 | 0 | 0 | 3,946.19 |
| | | INV5177 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 3,415.59 | 0 | 0 | 0 | 0 | 3,415.59 |
| | Total for C001501 | | | | | | 0.00 | 10,777.37 | 11,459.87 | 0.00 | 0.00 | 0.00 | 22,237.24 |
| C001510 | ▮ | INV4346 | 2/28/2019 | 2/28/2019 | 3/30/2019 | 118 | 0 | 0 | 0 | 0 | 10,005.00 | 0 | 10,005.00 |
| | Total for C001510 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 10,005.00 | 0.00 | 10,005.00 |
| C001567 | ▮ | INV5133 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 5,000.00 | 0 | 0 | 0 | 0 | 5,000.00 |
| | Total for C001567 | | | | | | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 |
| C001572 | ▮ | INV5105 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,000.00 | 0 | 0 | 0 | 1,000.00 |
| | Total for C001572 | | | | | | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| C001582 | ▮ | INV5152 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,700.00 | 0 | 0 | 0 | 0 | 1,700.00 |
| | Total for C001582 | | | | | | 0.00 | 1,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.00 |
| C001605 | ▮ | INV4369 | 2/28/2019 | 2/28/2019 | 3/30/2019 | 118 | 0 | 0 | 0 | 0 | 2,500.00 | 0 | 2,500.00 |
| | Total for C001605 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 |
| C001606 | ▮ | INV4175 | 1/31/2019 | 1/31/2019 | 3/2/2019 | 146 | 0 | 0 | 0 | 0 | 0 | 1,545.00 | 1,545.00 |
| | | INV4326 | 2/28/2019 | 2/28/2019 | 3/30/2019 | 118 | 0 | 0 | 0 | 0 | 1,545.00 | 0 | 1,545.00 |
| | | INV5048 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 618 | 0 | 0 | 0 | 618 |
| | | INV5106 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,700.00 | 0 | 0 | 0 | 1,700.00 |
| | | INV5153 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 721 | 0 | 0 | 0 | 0 | 721 |
| | Total for C001606 | | | | | | 0.00 | 721.00 | 2,318.00 | 0.00 | 1,545.00 | 1,545.00 | 6,129.00 |
| C001616 | ▮ | INV5134 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 5,000.00 | 0 | 0 | 0 | 0 | 5,000.00 |
| | Total for C001616 | | | | | | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 |
| C001629 | ▮ | INV5217 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,950.00 | 0 | 0 | 0 | 0 | 1,950.00 |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Total for C001629** | | | | | | 0.00 | 1,950.00 | 0.00 | 0.00 | 0.00 | 0.00 | **1,950.00** |
| C001640 | ■ | INV5154 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,500.00 | 0 | 0 | 0 | 0 | **1,500.00** |
| | **Total for C001640** | | | | | | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | **1,500.00** |
| C001641 | ■ | INV5107 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,190.00 | 0 | 0 | 0 | **2,190.00** |
| | **Total for C001641** | | | | | | 0.00 | 0.00 | 2,190.00 | 0.00 | 0.00 | 0.00 | **2,190.00** |
| C001653 | ■ | 19661 | 4/27/2018 | 4/30/2018 | 4/30/2018 | 422 | 0 | 0 | 0 | 0 | 0 | -225 | **-225** |
| | **Total for C001653** | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -225.00 | **-225.00** |
| C001668 | ■ | INV4925 | 4/29/2019 | 4/29/2019 | 5/29/2019 | 58 | 0 | 0 | 800 | 0 | 0 | 0 | **800** |
| | | INV5108 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,500.00 | 0 | 0 | 0 | **1,500.00** |
| | | INV5155 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 800 | 0 | 0 | 0 | 0 | **800** |
| | **Total for C001668** | | | | | | 0.00 | 800.00 | 2,300.00 | 0.00 | 0.00 | 0.00 | **3,100.00** |
| C001676 | ■ | INV5109 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,189.00 | 0 | 0 | 0 | **2,189.00** |
| | **Total for C001676** | | | | | | 0.00 | 0.00 | 2,189.00 | 0.00 | 0.00 | 0.00 | **2,189.00** |
| C001679 | ■ | INV5218 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 935 | 0 | 0 | 0 | 0 | **935** |
| | **Total for C001679** | | | | | | 0.00 | 935.00 | 0.00 | 0.00 | 0.00 | 0.00 | **935.00** |
| C001702 | ■ | UP954362 | 10/30/2017 | 10/30/2017 | 10/30/2017 | 604 | 0 | 0 | 0 | 0 | 0 | -780 | **-780** |
| | **Total for C001702** | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -780.00 | **-780.00** |
| C001731 | ■ | INV5078 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,437.50 | 0 | 0 | 0 | **2,437.50** |
| | | INV5156 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,600.00 | 0 | 0 | 0 | 0 | **1,600.00** |
| | **Total for C001731** | | | | | | 0.00 | 1,600.00 | 2,437.50 | 0.00 | 0.00 | 0.00 | **4,037.50** |
| C001747 | ■ | INV4913 | 4/26/2019 | 4/26/2019 | 5/26/2019 | 61 | 0 | 0 | 0 | 2,200.00 | 0 | 0 | **2,200.00** |
| | | INV4703 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,920.00 | 0 | 0 | 0 | **1,920.00** |
| | | INV4995 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 5,000.00 | 0 | 0 | 0 | **5,000.00** |
| | | INV5067 | 5/13/2019 | 5/13/2019 | 6/12/2019 | 44 | 0 | 0 | 1,920.00 | 0 | 0 | 0 | **1,920.00** |
| | | INV5135 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 5,000.00 | 0 | 0 | 0 | 0 | **5,000.00** |
| | | INV5165 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,200.00 | 0 | 0 | 0 | 0 | **2,200.00** |
| | | INV5259 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 1,920.00 | 0 | 0 | 0 | 0 | **1,920.00** |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total for C001747 | | | | | | | 0.00 | 9,120.00 | 8,840.00 | 2,200.00 | 0.00 | 0.00 | 20,160.00 |
| C001767 | | INV4498 | 3/15/2019 | 3/15/2019 | 4/14/2019 | 103 | 0 | 0 | 0 | 0 | 1,900.00 | 0 | 1,900.00 |
| | | INV5073 | 5/23/2019 | 5/23/2019 | 6/22/2019 | 34 | 0 | 0 | 1,900.00 | 0 | 0 | 0 | 1,900.00 |
| Total for C001767 | | | | | | | 0.00 | 0.00 | 1,900.00 | 0.00 | 1,900.00 | 0.00 | 3,800.00 |
| C001770 | | INV5110 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 900 | 0 | 0 | 0 | 900 |
| | | INV5157 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 750 | 0 | 0 | 0 | 0 | 750 |
| Total for C001770 | | | | | | | 0.00 | 750.00 | 900.00 | 0.00 | 0.00 | 0.00 | 1,650.00 |
| C001774 | | INV4893 | 4/18/2019 | 4/18/2019 | 5/18/2019 | 69 | 0 | 0 | 0 | 2,156.00 | 0 | 0 | 2,156.00 |
| Total for C001774 | | | | | | | 0.00 | 0.00 | 0.00 | 2,156.00 | 0.00 | 0.00 | 2,156.00 |
| C001820 | | INV4897 | 4/25/2019 | 4/25/2019 | 5/25/2019 | 62 | 0 | 0 | 0 | 13,000.00 | 0 | 0 | 13,000.00 |
| Total for C001820 | | | | | | | 0.00 | 0.00 | 0.00 | 13,000.00 | 0.00 | 0.00 | 13,000.00 |
| C001835 | | UPB15431 | 2/9/2017 | 2/9/2017 | 2/9/2017 | 867 | 0 | 0 | 0 | 0 | 0 | -2,459.00 | -2,459.00 |
| | | WIRE | 10/19/2018 | 10/19/2018 | 10/19/2018 | 250 | 0 | 0 | 0 | 0 | 0 | -9,700.00 | -9,700.00 |
| Total for C001835 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -12,159.00 | -12,159.00 |
| C001837 | | INV5111 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,275.00 | 0 | 0 | 0 | 1,275.00 |
| Total for C001837 | | | | | | | 0.00 | 0.00 | 1,275.00 | 0.00 | 0.00 | 0.00 | 1,275.00 |
| C001838 | | WIRE | 4/2/2019 | 4/2/2019 | 4/2/2019 | 85 | 0 | 0 | 0 | -5,000.00 | 0 | 0 | -5,000.00 |
| Total for C001838 | | | | | | | 0.00 | 0.00 | 0.00 | -5,000.00 | 0.00 | 0.00 | -5,000.00 |
| C001848 | | AR_ADJ0040 | 12/1/2017 | 12/1/2017 | | 572 | 0 | 0 | 0 | 0 | 0 | -1,040.89 | -1,040.89 |
| Total for C001848 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,040.89 | -1,040.89 |
| C001849 | | 403806 | 4/9/2019 | 4/9/2019 | 4/9/2019 | 78 | 0 | 0 | 0 | -4,583.25 | 0 | 0 | -4,583.25 |
| | | INV5079 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 4,583.25 | 0 | 0 | 0 | 4,583.25 |
| | | INV5138 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 4,583.25 | 0 | 0 | 0 | 0 | 4,583.25 |
| Total for C001849 | | | | | | | 0.00 | 4,583.25 | 4,583.25 | -4,583.25 | 0.00 | 0.00 | 4,583.25 |
| C001878 | | INV5112 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,100.00 | 0 | 0 | 0 | 2,100.00 |
| Total for C001878 | | | | | | | 0.00 | 0.00 | 2,100.00 | 0.00 | 0.00 | 0.00 | 2,100.00 |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C001891 | | INV5179 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,466.25 | 0 | 0 | 0 | 0 | 1,466.25 |
| Total for C001891 | | | | | | | 0.00 | 1,466.25 | 0.00 | 0.00 | 0.00 | 0.00 | 1,466.25 |
| C001893 | | INV3427 | 11/14/2018 | 11/14/2018 | 12/14/2018 | 224 | 0 | 0 | 0 | 0 | 0 | 3,000.00 | 3,000.00 |
| Total for C001893 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 3,000.00 |
| C001903 | | INV5045 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,360.00 | 0 | 0 | 0 | 1,360.00 |
| | | INV5113 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 1,360.00 | 0 | 0 | 0 | 1,360.00 |
| Total for C001903 | | | | | | | 0.00 | 0.00 | 2,720.00 | 0.00 | 0.00 | 0.00 | 2,720.00 |
| C001921 | | INV5260 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 4,000.00 | 0 | 0 | 0 | 0 | 4,000.00 |
| Total for C001921 | | | | | | | 0.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| C001935 | | 15301 | 11/5/2018 | 11/5/2018 | 11/5/2018 | 233 | 0 | 0 | 0 | 0 | 0 | -527.82 | -527.82 |
| Total for C001935 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -527.82 | -527.82 |
| C001951 | | INV4596 | 3/29/2019 | 3/29/2019 | 4/28/2019 | 89 | 0 | 0 | 0 | 2,500.00 | 0 | 0 | 2,500.00 |
| | | INV4612 | 3/29/2019 | 3/29/2019 | 4/28/2019 | 89 | 0 | 0 | 0 | 13,000.00 | 0 | 0 | 13,000.00 |
| | | INV4678 | 3/31/2019 | 3/31/2019 | 4/30/2019 | 87 | 0 | 0 | 0 | 3,768.00 | 0 | 0 | 3,768.00 |
| | | INV4690 | 4/5/2019 | 4/5/2019 | 5/5/2019 | 82 | 0 | 0 | 0 | 1,556.10 | 0 | 0 | 1,556.10 |
| | | | 6/3/2019 | 6/4/2019 | 6/4/2019 | 22 | 0 | -1,556.10 | 0 | 0 | 0 | 0 | -1,556.10 |
| Total for C001951 | | | | | | | 0.00 | -1,556.10 | 0.00 | 20,824.10 | 0.00 | 0.00 | 19,268.00 |
| C001989 | | INV5196 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,700.00 | 0 | 0 | 0 | 0 | 1,700.00 |
| | | INV5261 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 2,550.00 | 0 | 0 | 0 | 0 | 2,550.00 |
| Total for C001989 | | | | | | | 0.00 | 4,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,250.00 |
| C002017 | | INV5026 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 2,080.00 | 0 | 0 | 0 | 2,080.00 |
| | | INV5219 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,080.00 | 0 | 0 | 0 | 0 | 2,080.00 |
| Total for C002017 | | | | | | | 0.00 | 2,080.00 | 2,080.00 | 0.00 | 0.00 | 0.00 | 4,160.00 |
| C002018 | | INV5114 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,100.00 | 0 | 0 | 0 | 2,100.00 |
| Total for C002018 | | | | | | | 0.00 | 0.00 | 2,100.00 | 0.00 | 0.00 | 0.00 | 2,100.00 |
| C002034 | | INV5027 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 13,750.00 | 0 | 0 | 0 | 13,750.00 |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | INV5220 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 13,750.00 | 0 | 0 | 0 | 0 | 13,750.00 |
| Total for C002034 | | | | | | | 0.00 | 13,750.00 | 13,750.00 | 0.00 | 0.00 | 0.00 | 27,500.00 |
| C002047 | | INV5139 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 4,999.93 | 0 | 0 | 0 | 0 | 4,999.93 |
| Total for C002047 | | | | | | | 0.00 | 4,999.93 | 0.00 | 0.00 | 0.00 | 0.00 | 4,999.93 |
| C002087 | | INV5116 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 2,125.00 | 0 | 0 | 0 | 2,125.00 |
| Total for C002087 | | | | | | | 0.00 | 0.00 | 2,125.00 | 0.00 | 0.00 | 0.00 | 2,125.00 |
| C002090 | | INV5159 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,140.00 | 0 | 0 | 0 | 0 | 1,140.00 |
| Total for C002090 | | | | | | | 0.00 | 1,140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,140.00 |
| C002096 | | UP953612 | 12/24/2014 | 12/24/2014 | 12/24/2014 | 1645 | 0 | 0 | 0 | 0 | 0 | -82.35 | -82.35 |
| Total for C002096 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -82.35 | -82.35 |
| C002128 | | 28893 | 5/14/2018 | 5/15/2018 | 5/15/2018 | 407 | 0 | 0 | 0 | 0 | 0 | -3,250.00 | -3,250.00 |
| | | 28973 | 8/6/2018 | 8/6/2018 | 8/6/2018 | 324 | 0 | 0 | 0 | 0 | 0 | -6,875.00 | -6,875.00 |
| Total for C002128 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10,125.00 | -10,125.00 |
| C002129 | | INV5011 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,700.00 | 0 | 0 | 0 | 1,700.00 |
| | | INV5197 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,700.00 | 0 | 0 | 0 | 0 | 1,700.00 |
| Total for C002129 | | | | | | | 0.00 | 1,700.00 | 1,700.00 | 0.00 | 0.00 | 0.00 | 3,400.00 |
| C002132 | | INV4357 | 2/28/2019 | 2/28/2019 | 3/30/2019 | 118 | 0 | 0 | 0 | 0 | 4,875.00 | 0 | 4,875.00 |
| | | INV5028 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,625.00 | 0 | 0 | 0 | 1,625.00 |
| | | INV5221 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,625.00 | 0 | 0 | 0 | 0 | 1,625.00 |
| Total for C002132 | | | | | | | 0.00 | 1,625.00 | 1,625.00 | 0.00 | 4,875.00 | 0.00 | 8,125.00 |
| C002135 | | INV5029 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,725.00 | 0 | 0 | 0 | 1,725.00 |
| | | INV5222 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 12,525.00 | 0 | 0 | 0 | 0 | 12,525.00 |
| Total for C002135 | | | | | | | 0.00 | 12,525.00 | 1,725.00 | 0.00 | 0.00 | 0.00 | 14,250.00 |
| C002136 | | INV5262 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 3,000.00 | 0 | 0 | 0 | 0 | 3,000.00 |
| Total for C002136 | | | | | | | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 |
| C002165 | | INV5069 | 5/13/2019 | 5/13/2019 | 6/12/2019 | 44 | 0 | 0 | 1,200.00 | 0 | 0 | 0 | 1,200.00 |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date

As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | INV5263 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 1,200.00 | 0 | 0 | 0 | 0 | 1,200.00 |
| **Total for C002165** | | | | | | | 0.00 | 1,200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 2,400.00 |
| C002195 | | mc | 11/13/2018 | 11/13/2018 | 11/13/2018 | 225 | 0 | 0 | 0 | 0 | 0 | -6,690.00 | -6,690.00 |
| **Total for C002195** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6,690.00 | -6,690.00 |
| C002198 | | wire | 1/4/2019 | 1/4/2019 | 1/4/2019 | 173 | 0 | 0 | 0 | 0 | 0 | -1,913.52 | -1,913.52 |
| **Total for C002198** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,913.52 | -1,913.52 |
| C002203 | | INV4967 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 10,990.00 | 0 | 0 | 0 | 10,990.00 |
| **Total for C002203** | | | | | | | 0.00 | 0.00 | 10,990.00 | 0.00 | 0.00 | 0.00 | 10,990.00 |
| C002210 | | INV4907 | 4/26/2019 | 4/26/2019 | 5/26/2019 | 61 | 0 | 0 | 0 | 1,500.00 | 0 | 0 | 1,500.00 |
| | | INV5180 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,625.00 | 0 | 0 | 0 | 0 | 2,625.00 |
| **Total for C002210** | | | | | | | 0.00 | 2,625.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 4,125.00 |
| C002213 | | INV5247 | 6/13/2019 | 6/13/2019 | 7/13/2019 | 13 | 0 | 4,425.00 | 0 | 0 | 0 | 0 | 4,425.00 |
| **Total for C002213** | | | | | | | 0.00 | 4,425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,425.00 |
| C002214 | | INV4976 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 1,843.99 | 0 | 0 | 0 | 1,843.99 |
| | | INV5160 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,843.99 | 0 | 0 | 0 | 0 | 1,843.99 |
| **Total for C002214** | | | | | | | 0.00 | 1,843.99 | 1,843.99 | 0.00 | 0.00 | 0.00 | 3,687.98 |
| C002215 | | INV4993 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 5,000.00 | 0 | 0 | 0 | 5,000.00 |
| | | INV5136 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 5,000.00 | 0 | 0 | 0 | 0 | 5,000.00 |
| **Total for C002215** | | | | | | | 0.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| C002216 | | INV4307 | 2/28/2019 | 2/28/2019 | 3/30/2019 | 118 | 0 | 0 | 0 | 0 | 10,000.00 | 0 | 10,000.00 |
| **Total for C002216** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |
| C002217 | | INV4417 | 3/12/2019 | 3/12/2019 | 4/11/2019 | 106 | 0 | 0 | 0 | 0 | 3,247.50 | 0 | 3,247.50 |
| **Total for C002217** | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 3,247.50 | 0.00 | 3,247.50 |
| C002225 | | INV4994 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 6,000.00 | 0 | 0 | 0 | 6,000.00 |
| | | INV5137 | 5/30/2019 | 5/30/2019 | 6/29/2019 | 27 | 0 | 6,000.00 | 0 | 0 | 0 | 0 | 6,000.00 |
| **Total for C002225** | | | | | | | 0.00 | 6,000.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 12,000.00 |

**Company Name:** Advantage Business Marketing
**Report Name:** Customer Aging Report
**As of Date:** 6/26/2019
**Created On:** 6/26/2019

Based on: Invoice Date                                                            As of Date: 06/26/2019

| Customer ID | Customer Name | Invoice | GL Posting Date | Invoice Date | Due Date | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C002228 | ■ | INV5161 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,760.00 | 0 | 0 | 0 | 0 | 2,760.00 |
| **Total for C002228** | | | | | | | 0.00 | 2,760.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,760.00 |
| C002230 | ■ | INV5030 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 960 | 0 | 0 | 0 | 960 |
| | | INV5223 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,040.00 | 0 | 0 | 0 | 0 | 2,040.00 |
| **Total for C002230** | | | | | | | 0.00 | 2,040.00 | 960.00 | 0.00 | 0.00 | 0.00 | 3,000.00 |
| C002231 | ■ | INV5229 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 195 | 0 | 0 | 0 | 0 | 195 |
| **Total for C002231** | | | | | | | 0.00 | 195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 195.00 |
| C002232 | ■ | INV5053 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 562.5 | 0 | 0 | 0 | 562.5 |
| | | INV5227 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 437.5 | 0 | 0 | 0 | 0 | 437.5 |
| **Total for C002232** | | | | | | | 0.00 | 437.50 | 562.50 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| C002239 | ■ | INV5225 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,300.00 | 0 | 0 | 0 | 0 | 1,300.00 |
| **Total for C002239** | | | | | | | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 |
| C002242 | ■ | INV5081 | 5/24/2019 | 5/24/2019 | 6/23/2019 | 33 | 0 | 0 | 4,971.78 | 0 | 0 | 0 | 4,971.78 |
| **Total for C002242** | | | | | | | 0.00 | 0.00 | 4,971.78 | 0.00 | 0.00 | 0.00 | 4,971.78 |
| C002244 | ■ | INV4997 | 4/30/2019 | 4/30/2019 | 5/30/2019 | 57 | 0 | 0 | 5,992.50 | 0 | 0 | 0 | 5,992.50 |
| **Total for C002244** | | | | | | | 0.00 | 0.00 | 5,992.50 | 0.00 | 0.00 | 0.00 | 5,992.50 |
| C002251 | ■ | INV5182 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 2,125.00 | 0 | 0 | 0 | 0 | 2,125.00 |
| **Total for C002251** | | | | | | | 0.00 | 2,125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,125.00 |
| C002256 | ■ | INV5162 | 5/31/2019 | 5/31/2019 | 6/30/2019 | 26 | 0 | 1,500.00 | 0 | 0 | 0 | 0 | 1,500.00 |
| **Total for C002256** | | | | | | | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| **Grand Totals** | | | | | | | 0 | 495,121.09 | 272,111.21 | 33,158.06 | 36,454.90 | -75,103.58 | 761,741.68 |

| Debtor | **Advantage Business Media, LLC** | | Case number *(if known)* **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture, estimated amount | $0.00 | | $20,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Estimated amount | $0.00 | | $14,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $34,000.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Advantage Business Media, LLC**                                    Case number *(If known)*  **19-11360-BLS**
_____ Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **25 Northwest Point Blvd.**<br>**Suite 430**<br>**Elk Grove villiage, IL 60007** | Lease | Unknown | | Unknown |
| 55.2. **100 Enterprise Drive Rockaway, NJ 07866** | Lease | Unknown | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$0.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Patents, copyrights, trademarks, and trade secrets** | **$4,735,000.00** | | **$4,735,000.00** |
| 61. **Internet domain names and websites**<br>**Internet domain names and websites, value to be determined.** | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer lists, mailing lists, or other compilations** | **$1,457,805.00** | | **$1,457,805.00** |
| 64. **Other intangibles, or intellectual property** | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    **Advantage Business Media, LLC**                                    Case number *(If known)* **19-11360-BLS**
          Name

| | | | | |
|---|---|---|---|---|
| 65. | **Goodwill** | | | |
| | **Goodwill** | $1,089,845.00 | | $1,089,845.00 |

66.    **Total of Part 10.**                                                              | $7,282,650.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** **Fiduciary Insurance (Chubb Group of Insurance Companies, Pol. No. 82085380)** | Unknown |
| **Directors and Officers Insurance, Excess Management Liability (Continental Insurance Company of NJ, Pol. No. 652030846)** | Unknown |
| **Directors and Officers Insurance, Excess Management Liability (Aspen American Insurance Company, Pol. No. DSUMLP001541-18)** | Unknown |
| **Travel Accident Insurance (Federal Insurance Company, Pol. No. 9906-20-56)** | Unknown |
| **Workers Compensation Insurance (The Hanover Insurance Group, Pol. No. D298945)** | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Advantage Business Media, LLC** | Case number *(If known)* **19-11360-BLS** |
|---|---|---|
| | Name | |

**Commercial Package Insurance  (Business Interruption, Personal Property, General Liability and Crime) (The Hanover Insurance Group, Pol. No. D298544)** — Unknown

**Auto Insurance (The Hanover Insurance Group, Pol. No. D298534)** — Unknown

**Umbrella Insurance (The Hanover Insurance Group, Pol. No. D298546)** — Unknown

**Professional liability insurance (Hiscox Insurance Company, Pol. No. 264283318)** — Unknown

**Erisa Bond (Hartford Insurance Company, Pol. No. 12BDDEI6689)** — Unknown

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.

     **$0.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Advantage Business Media, LLC**                    Case number *(If known)* **19-11360-BLS**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,950.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $752,973.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $761,741.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $34,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $7,282,650.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,836,314.69 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,836,314.69 |

**Fill in this information to identify the case:**

Debtor name   **Advantage Business Media, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11360-BLS**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| **2.1** | **Texas Capital Bank, N.A.** | | **$2,505,172.34** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**c/o Eric J. Taube, Esq.**
**Waller Lansden Dortch**
**100 Congress Ave., Ste. 1800**
**Austin, TX 78701**

Creditor's mailing address

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $2,505,172.34 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Advantage Business Media, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **19-11360-BLS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Aaron Million**
**4308 Gateway Circle**
**Scarborough, ME 04074**

As of the petition filing date, the claim is: — Total claim **$1,038.46** | Priority amount **$1,038.46**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.2** Priority creditor's name and mailing address
**Ahmed Mohammed**
**359 W Main St**
**Rockaway, NJ 07866**

As of the petition filing date, the claim is: — Total claim **$1,826.93** | Priority amount **$1,826.93**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim: **Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset? ☑ No  ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,040.38** | **$3,040.38**

**Allan A Eldridge**
**7 Durwood Place**
**Madison, NJ 07940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,307.69** | **$1,307.69**

**Amanda Hollenbeck**
**93 Circle Dr**
**Rockaway, NJ 07866**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commission or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$1,500.00**

**Anupama Kurra**
**27 Barker Ave**
**Apt. 1124**
**White Plains, NY 10601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,126.65** | **$3,126.65**

**Barbara A Benack**
**8 Hilltop Terrace**
**Bloomingdale, NJ 07403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,356.73 | $1,356.73 |
|---|---|---|---|---|

**Bevin A Fletcher**
**707 Main Street**
**Apt. 2**
**Boonton, NJ 07005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,934.62 | $3,934.62 |
|---|---|---|---|---|

**Brent A Tomasino**
**87 Overlood Drive**
**Hackettstown, NJ 07840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,014.20 | $6,014.20 |
|---|---|---|---|---|

**Brent R Hatch**
**18 Lakeview Drive**
**Yorkville, IL 60560**

*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.92 | $326.92 |
|---|---|---|---|---|

**Brianne Bailey**
**3829 Tierra Chisum Drive**
**El Paso, TX 79938**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |
|---|---|---|---|---|

**Brittany Smith**
**3303 Holly Bramch Court**
**Apt #471**
**Sacramento, CA 95834**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,307.69 | $1,307.69 |
|---|---|---|---|---|

**Catherine Sbeglia**
**111 N. Hamilton Street**
**Madison, WI 53707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.62 | $1,634.62 |
|---|---|---|---|---|

**Daniel S Seeger**
**2322 Upham Street**
**Madison, WI 53704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,647.69 | $1,647.69 |
|---|---|---|---|---|

**Danielle M deRonde**
**52 Hill Street**
**Rockaway, NJ 07866**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address
**David Lojko**
**1598 NE Sottong Ave**
**Jensen Beach, FL 34957**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$211.54 | $211.54

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.16** | Priority creditor's name and mailing address
**Denise VanZandt**
**567 Main Street**
**Landing, NJ 07850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$1,798.08 | $1,798.08

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.17** | Priority creditor's name and mailing address
**Gary Fortin**
**5701 W Slaughter Ln**
**Bldg A130 -197**
**Austin, TX 78749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$711.54 | $711.54

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.18** | Priority creditor's name and mailing address
**George Mitchell Jr**
**29 Garden Avenue**
**Wharton, NJ 07885**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$2,902.61 | $2,902.61

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$9,626.49** | **$9,626.49** |
|---|---|---|---|---|
| | **Glen Sundin**<br>**4 Tiffany Road**<br>**Morristown, NJ 07960** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, salary, commissions or other compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,076.92** | **$5,076.92** |
|---|---|---|---|---|
| | **Henry E Hansch**<br>**20 Fox Hill Road**<br>**Denville, NJ 07834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, salary, commissions or other compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Oper.**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,918.27** | **$3,918.27** |
|---|---|---|---|---|
| | **James DiProspero**<br>**40 3rd Street**<br>**Fanwood, NJ 07023** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, salary, commissions or other compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,203.77 | $4,203.77 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**James Miller**
**102 Juniper Lane**
**East Stroudsburg, PA 18301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.24 | | | $692.31 | $692.31 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**James Protopapa**
**269 Lyons Rd**
**Basking Ridge, NJ 07920**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | | | $3,454.80 | $3,454.80 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**James Theriault**
**4108 Whispering Oaks Lane**
**Danville, CA 94506**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | | | $3,203.85 | $3,203.85 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jennifer Grinthal**
**158 Kanouse Street**
**Boonton, NJ 07005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,615.39 | $2,615.39 |
|---|---|---|---|---|

**Jennifer K Choo**
**8 Pine Valley Road**
**Fredon, NJ 07860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,144.24 | $1,144.24 |
|---|---|---|---|---|

**Jennifer R DeLaOsa**
**101 Sherman Ridge Rd**
**Wantage, NJ 07461**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,471.15 | $1,471.15 |
|---|---|---|---|---|

**Jesse J Osborne**
**9960 Talons Way**
**Verona, WI 53593**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,538.46 | $2,538.46 |
|---|---|---|---|---|

**Jon Minnick**
**1348 Emerald Terrace**
**Sun Prairie, WI 53590**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.31 | Priority creditor's name and mailing address<br>**Joseph T Barrett Jr**<br>**38 Deerfield Drive**<br>**Rockaway, NJ 07866** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$3,173.08**   **$3,173.08** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, salary, commissions or other compensation** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.32 | Priority creditor's name and mailing address<br>**Joyceann M Grippa**<br>**133 Leverett Avenue**<br>**Staten Island, NY 10308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,576.93**   **$4,576.93** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, salary, commissions or other compensation** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.33 | Priority creditor's name and mailing address<br>**Judd H Bergenfeld**<br>**31 Stewart Place**<br>**Fanwood, NJ 07023** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$5,407.36**   **$5,407.36** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, salary, commissions or other compensation** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.34 | Priority creditor's name and mailing address<br>**Kathleen Boback**<br>**26 Edgefield Drive**<br>**Morris Plains, NJ 07950** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | **$692.31**   **$692.31** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, salary, commissions or other compensation** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.62 | $1,384.62 |
|---|---|---|---|---|

**Kelly Somers**
**16 Green Acres Drive**
**Unit 55**
**Verona, NJ 07044**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,521.50 | $1,521.50 |
|---|---|---|---|---|

**Lainie Fiszer**
**64 Beaver Dam Road**
**Randolph, NJ 07869**

Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,451.92 | $2,451.92 |
|---|---|---|---|---|

**Laura E Panjwani**
**28 West 3rd Street**
**Apt 2345**
**South Orange, NJ 07079**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.16 | $1,846.16 |
|---|---|---|---|---|

**Madhuri Koti**
**320 East Main Street**
**Apt. 5B**
**Rockaway, NJ 07866**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,060.12** | **$2,060.12**

**Mark Pantalone**
**38 Round Top Road**
**Warren, NJ 07059**

*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,326.93** | **$2,326.93**

**Mary E Di Donna**
**14 Beasley Street**
**West Orange, NJ 07052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,269.23** | **$3,269.23**

**Michael H Mc Caffery**
**47 Irving Ave**
**Livingston, NJ 07039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,051.93** | **$2,051.93**

**Michele Verdi**
**78 Koclas Drive**
**Netcong, NJ 07857**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.85 | $1,153.85 |
|---|---|---|---|---|

**Natalynn V Sunga**
**41 West Prospect St.**
**Unit 410**
**Waldwick, NJ 07463**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, salary, commissions or other compensation** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,896.16 | $1,896.16 |
|---|---|---|---|---|

**Paul Musolino**
**28 Lilchester Road**
**Hopatcong, NJ 07843**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, salary, commissions or other compensation** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,340.39 | $1,340.39 |
|---|---|---|---|---|

**Rachelle E Blair-Frasier**
**213 Prairie Street**
**Lodi, WI 53555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, salary, commissions or other compensation** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $726.92 | $726.92 |
|---|---|---|---|---|

**Ryan Masten**
**22117 Esmeralda Drive**
**Spicewood, TX 78669**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, salary, commissions or other compensation** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (*if known*) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,961.54 | $1,961.54 |
|---|---|---|---|---|

**Seth A Augenstein**
**2 Liberty Place**
**Rockaway, NJ 07866**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,076.92 | $5,076.92 |
|---|---|---|---|---|

**Shelton Roopa**
**82 Lakeshore Drive**
**Rockaway, NJ 07866**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,798.08 | $1,798.08 |
|---|---|---|---|---|

**Spencer D Chin**
**69-15 Springfield Blvd**
**Oakland Gardens, NY 11364**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,043.22 | $2,043.22 |
|---|---|---|---|---|

**Susan Elizabeth Gillespie**
**1252 Madison Street**
**Denver, CO 80206**

*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,942.31 | $2,942.31 |
|---|---|---|---|---|

**Teresa A Krueger**
**86 Ryerson Avenue**
**Newton, NJ 07860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,192.31 | $7,192.31 |
|---|---|---|---|---|

**Theresa Freeburg**
**232 Cambridge Court**
**Clifton, NJ 07014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,614.96 | $1,614.96 |
|---|---|---|---|---|

**Thomas A Rullis**
**63 Foothill Drive**
**Lincoln Park, NJ 07035**

*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,913.62 | $8,913.62 |
|---|---|---|---|---|

**Thomas J Morgan**
**One Patriots Way**
**Middletown, NJ 07748**

*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number *(if known)* | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,438.47 | $1,438.47 |
|---|---|---|---|---|

**Timothy F Morgan**
**24 Orion Road**
**Berkeley Heights, NJ 07922**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, salary, commissions or other**
**compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $3,317.53 |
|---|---|---|---|

**A&P Printing**
**PO Box 4233**
**Clifton, NJ 07012**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $12,534.98 |
|---|---|---|---|

**Alexander Co.**
**345 W. Washington Avenue**
**Madison, WI 53703**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $3,750.00 |
|---|---|---|---|

**Alix Paultre**
**Klarenthaler Str. 1**
**65197 Wiesbaden**
**GERMANY**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $342.88 |
|---|---|---|---|

**Althea Dotzour Photography**
**1004 Sioux Trail**
**Monona, WI 53716-2536**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $12,318.36 |
|---|---|---|---|

**Amazon Services**
**410 Terry Ave N**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,596.11** |
|---|---|---|---|
| | **American Audio Video** | ☐ Contingent | |
| | **8005 Haute Court** | ☐ Unliquidated | |
| | **Springfield, VA 22150-2228** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127,104.87** |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **PO Box 1270** | ☐ Unliquidated | |
| | **Newark, NJ 07101-1270** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,650.00** |
|---|---|---|---|
| | **APIHub, Inc.** | ☐ Contingent | |
| | **Attn: Conor Hickey** | ☐ Unliquidated | |
| | **90 Sheridan Street** | ☑ Disputed | |
| | **San Francisco, CA 94103** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|
| | **Arthur Pini Jr.** | ☐ Contingent | |
| | **1623 Fiddlewood Court** | ☐ Unliquidated | |
| | **Casselberry, FL 32707** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
|---|---|---|---|
| | **ASA Media** | ☐ Contingent | |
| | **4 Jersey Lane** | ☐ Unliquidated | |
| | **St Albans** | ☑ Disputed | |
| | **HERTS AL4 9AB** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$131.00** |
|---|---|---|---|
| | **ASCAP** | ☐ Contingent | |
| | **21678 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1216** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,226.04** |
|---|---|---|---|
| | **Associated Press** | ☐ Contingent | |
| | **Attn: Ted Mendelsohn** | ☐ Unliquidated | |
| | **450 West 33rd Street** | ☑ Disputed | |
| | **New York, NY 10001** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,614.29** |
|---|---|---|---|

**Cablevision**
PO Box 360111
Pittsburgh, PA 15251-6111

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,261.65** |
|---|---|---|---|

**Canon Financial Solutions**
14904 Collections Center Drive
Chicago, IL 60693-0149

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Lease__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,776.40** |
|---|---|---|---|

**Canon Solutions America Inc.**
15004 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,431.50** |
|---|---|---|---|

**Capital Air Systems**
3444 Capitol Drive
PO 670
Sun Prairie, WI 53590

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$647.29** |
|---|---|---|---|

**Charter Communications**
PO Box 3019
Milwaukee, WI 53201-3019

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cigna Health Life Insurance Co.**
Corporate Headquarters
900 Cottage Grove Road
Bloomfield, CT 06002

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**ClearVoice, Inc.**
515 E. Grant Street
Suite 150
Phoenix, AZ 85003-2633

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

Cloyd A Steiger
1112 SW 348th Place
Federal Way, WA 98023

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00**

Corinne Bernstein
98-40 64th Avenue
Apartment 5H
Rego Park, NY 11374-2516

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,873.40**

Data Safe Inc.
831B Route 10
Whippany, NJ 07981

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,640.00**

David Diehl
236 Clinton Street
Brooklyn, NY 11201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,898.50**

Davis & Gilbert LLP
Brooke Erdos Singer, Esq.
1740 Broadway
New York, NY 10019

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

Debra Schug
5520 W. Dakin
Chicago, IL 60641

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,580.00**

Design-Er LLC
276 Schulte Lane
Santa Barbara, CA 93105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,900.00** |
|---|---|---|---|

**Docusign**
221 Main Street
Suite 1000
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Dolly Stolze**
1930 Manhattan Beach Blvd
#102
Redondo Beach, CA 90278

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$415.75** |
|---|---|---|---|

**Free Trade Magazines.com**
1 International Boulevard
Suite 1200
Mahwah, NJ 07495-0031

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,813.80** |
|---|---|---|---|

**Freeman Companies**
PO Box 650036
Dallas, TX 75265-0036

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87,692.44** |
|---|---|---|---|

**Fry Communications Inc.**
800 West Church Road
Mechanicsburg, PA 17055

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$324.96** |
|---|---|---|---|

**Global Experience Specialists**
Bank of America
PO Box 96174
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Green Sky Creative LLC**
607 Shelby #500
Detroit, MI 48226

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Higbee & Associates**
**Client Trust Account**
**1504 Brookhollow Drive**
**Suite 112**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58.87** |
|---|---|---|---|

**HireRight LLC**
**PO Box 847891**
**Dallas, TX 75284-7891**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,796.88** |
|---|---|---|---|

**Hubspot Inc.**
**25 First Street**
**2nd Floor**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,272.00** |
|---|---|---|---|

**Hyatt Regency Austin**
**208 Barton Springs Rd.**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,418.54** |
|---|---|---|---|

**Hyatt Regency Orlando**
**9801 International Drive**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,273.91** |
|---|---|---|---|

**iCIMS, Inc.**
**29348 Network Place**
**Chicago, IL 60673-1294**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170,600.00** |
|---|---|---|---|

**Idio Inc.**
**214 West 39th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,670.00** |
|---|---|---|---|

**Infogroup**
**PO Box 3243**
**Omaha, NE 68103-0395**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,760.34** |
|---|---|---|---|

**Insight**
**Attn Paul Musolino**
**6820 S Harl Ave**
**Tempe, AZ 85283-4318**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,018.15** |
|---|---|---|---|

**Iron Mountain**
**PO Box 27128**
**New York, NY 10087-7128**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$662.50** |
|---|---|---|---|

**Jennifer Miles**
**3132 Wilmington Road**
**Suite 4**
**New Castle, PA 16105**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00** |
|---|---|---|---|

**John Koon**
**4243 Sturgeon Court**
**San Diego, CA 72130-2146**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**John Paul Pickering**
**4021 E. Glencove Street**
**Mesa, AZ 85205**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Joyce Laird**
**13207 Wentworth Street**
**Arleta, CA 91331**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.60 |
|---|---|---|---|

**Keystone Collections Group**
PO Box 506
Irwin, PA 15642

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Lisa McCoy**
2895 McMichael Road
Alanson, MI 49706

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**Majeed Ahmad Kamran**
321-B Valancia Town
Lahore
Pakistan

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,263.06 |
|---|---|---|---|

**Marcus Plantenburg**
Andreas Kasperbauer
Strabe 34 D-85540 Haa

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Maria Laura**
Guerra DeEgui
100 Congress St, Apt. 205
Brooklyn, NY 11201

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,112.00 |
|---|---|---|---|

**Maritim proArte**
Hotel Berlin
Friedrichstraße 151
10117 Berlin
GERMANY

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,181.21 |
|---|---|---|---|

**Massillon Plaque Company**
5757 Mayfair Road
North Canton, OH 44720

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$484.20** |
|---|---|---|---|

**Maureen Mushinsky**
**W3375 McDonald Road**
**Lake Geneva, WI 53147**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,019.00** |
|---|---|---|---|

**Mercury Magazines**
**5 High Ridge Park**
**Stamford, CT 06905**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Michelle Taylor**
**6 E. Mayer Drive**
**Montebello, NY 10901-3402**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**National News * Information**
 **Services LLC**
**41521 N. Chase Oaks Way**
**Anthem, AZ 85086-1184**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,416.00** |
|---|---|---|---|

**Netline Corporation**
**Dept LA 24024**
**Pasadena, CA 91185-4024**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**New Orleans Marriott**
**555 Canal Street**
**New Orleans, LA 70130-2349**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Norman Johnson Photography**
**4310 Paseo Del Norte NE**
**Suite 8**
**Albuquerque, NM 87113**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Advantage Business Media, LLC**
_____
Name

Case number (if known)   **19-11360-BLS**

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$326,387.50** |
|---|---|---|---|

**NWP Acquisition LLC**
**c/o Farbman Group**
**28400 Northwestern Hwy**
**4th Floor**
**Southfield, MI 48034**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/1/2019**

Basis for the claim: _

Last 4 digits of account number  **TAGE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$704.78** |
|---|---|---|---|

**Office Depot**
**PO Box 633211**
**Cincinnati, OH 45263-3211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,100,000.00** |
|---|---|---|---|

**Owner Resource Group**
**221 W. 6th Street**
**Suite 2000**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|---|---|---|---|

**Pathology Expert, Inc.**
**3739 Balboa Street**
**#102**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,850.00** |
|---|---|---|---|

**Patrice Argant**
**130 West Jackson Avenue**
**Suite 201**
**Knoxville, TN 37902**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Photography services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,813.00** |
|---|---|---|---|

**Plan B Marketing LLC**
**PO Box 2083**
**Apopka, FL 32704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,953,280.00** |
|---|---|---|---|

**PNC Erieview Capital**
**c/o Douglas Mundell, Esq.**
**and Laura Long, Esq.**
**Legal Dept., 300 Fifth Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advantage Business Media, LLC** | | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|---|
| | Name | | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00**

**PR Newswire Association LLC**
**PO Box 5897**
**New York, NY 10087-5897**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126,227.34**

**Rock80 NJ Holdings LLC**
**c/o Lincoln Property Company**
**9 Entin Road, Suite 103**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$599.90**

**Salesforce.com**
**415 Mission Street, 3rd Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,268.00**

**Salesify Inc.**
**DEPT #33984**
**PO Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,390.28**

**Sintec Media NYC, Inc.**
**d/b/a Operative**
**6 East 32nd St., 3rd Flr**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,576.44**

**SJ Marketing Inc.**
**PO Box 546**
**Old Bethpage, NY 11804-0546**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,670.25**

**SNP Technologies Inc.**
**2319 Whitney Avenue**
**Suite 3C**
**Hamden, CT 06518**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.38 |
|---|---|---|---|

**Sohm Photografx**
**PO Box 861**
**Skagway, AK 99840**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,049.00 |
|---|---|---|---|

**Staff It Inc.**
**1460 Broadway**
**Front 5**
**New York, NY 10036**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,397.00 |
|---|---|---|---|

**Talkpoint Holdings LLC**
**Attn: Pat McClure**
**100 William Street**
**8th Floor**
**New York, NY 10038**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**TechCXO LLC**
**1911 Grayson Hwy**
**Suite 8/122**
**Grayson, GA 30017**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,305.50 |
|---|---|---|---|

**The Magazine Production Co.**
**Adur Business Center**
**Little High Street**
**Shoreham-By-Sea**
**West Sussex BN43 5EG, UK**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.00 |
|---|---|---|---|

**The Simon Group**
**1506 Old Bethlemhem Pike**
**Sellersville, PA 18960**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Timothy Studt**
**3648 Sterling Road**
**Downers Grove, IL 60515**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advantage Business Media, LLC** | Case number (if known) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

---

**3.83** | **Nonpriority creditor's name and mailing address**
**Total Water Treatment Systems Inc.**
**5002 World Dairy Drive**
**Madison, WI 53718**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$137.90**

---

**3.84** | **Nonpriority creditor's name and mailing address**
**UPS**
**PO Box 7247-0244**
**Philadelphia, PA 19170**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$421.36**

---

**3.85** | **Nonpriority creditor's name and mailing address**
**Verizon**
**PO Box 4833**
**Trenton, NJ 08650-4833**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$372.87**

---

**3.86** | **Nonpriority creditor's name and mailing address**
**Visit Orlando**
**6277 Sea Harbor Drive**
**Suite 400**
**Orlando, FL 32821-8043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$418.00**

---

**3.87** | **Nonpriority creditor's name and mailing address**
**William O. Makely**
**4730 Main Street**
**Downers Grove, IL 60515**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$400.00**

---

**3.88** | **Nonpriority creditor's name and mailing address**
**Workcast Inc.**
**600 1st Ave**
**Suite 541-543**
**Seattle, WA 98104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

**$9,556.68**

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| Debtor | **Advantage Business Media, LLC** | Case number (*if known*) | **19-11360-BLS** |
|---|---|---|---|
| | Name | | |

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    141,692.84 |
| **5b. Total claims from Part 2** | 5b.   +   $ | 13,622,781.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    13,764,474.03 |

**Fill in this information to identify the case:**

Debtor name    **Advantage Business Media, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-11360-BLS**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **License** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **Adobe**<br>**Corporate Headquarters**<br>**345 Park Avenue**<br>**San Jose, CA 95110-2704** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Enrichment-Salesforce, Enrichment API-Internal, Prspector-Salesforce, Forms** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/31/20** | **APIHub, Inc.**<br>**Attn: Conor Hickey**<br>**90 Sheridan Street**<br>**San Francisco, CA 94103** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/25/2020** | **APIHub, Inc.**<br>**Attn: Conor Hickey**<br>**90 Sheridan Street**<br>**San Francisco, CA 94103** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Associated Press**<br>**Attn: Ted Mendelsohn**<br>**450 West 33rd Street**<br>**New York, NY 10001** |
| | List the contract number of any government contract | | |

Debtor 1    **Advantage Business Media, LLC**
            First Name      Middle Name      Last Name

Case number (*if known*)    **19-11360-BLS**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| | State the term remaining | **Month-to-Month** | **AWS-Amazon** |
| | List the contract number of any government contract | | **410 Terry Ave N**<br>**Seattle, WA 98109-5210** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Advanced On-Site Check-In Software** | |
| | State the term remaining | **Expires 1/28/2021** | **Bizzabo Inc.** |
| | List the contract number of any government contract | | **31 W 27th Street, 10th Floor**<br>**New York, NY 10001** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Service Level Agreement** | |
| | State the term remaining | **Expires 6/30/20** | **Brightcove Inc.** |
| | List the contract number of any government contract | | **Box 83318**<br>**Woburn, MA 01813** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of QuickFill Single User Audit** | |
| | State the term remaining | | **CWC Software, Inc.** |
| | List the contract number of any government contract | | **10 Riverside Drive**<br>**Suite 104**<br>**Lakeville, MA 02347** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
| | State the term remaining | **Expires 2/14/2020** | **Docusign** |
| | List the contract number of any government contract | | **221 Main Street**<br>**Suite 1000**<br>**San Francisco, CA 94105** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **R&D Breakthrough Summit** | |
| | State the term remaining | | **Embassy Suites Austin** |
| | List the contract number of any | | **Attn: Events Coordinator**<br>**5901 N I35**<br>**Austin, TX 78723** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | Advantage Business Media, LLC | | | Case number *(if known)* | **19-11360-BLS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **ID Big 50** | |
|---|---|---|---|
| | State the term remaining | | **Hilton Chicago O'Hare Airport** |
| | List the contract number of any government contract | | **5550 North River Road**<br>**Des Plaines, IL 60018** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract 1** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/29/21** | **Hubspot Inc.** |
| | List the contract number of any government contract | | **25 First Street**<br>**2nd Floor**<br>**Cambridge, MA 02141** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract 2** | |
|---|---|---|---|
| | State the term remaining | **Expires 9/26/19** | **Hubspot Inc.** |
| | List the contract number of any government contract | | **25 First Street**<br>**2nd Floor**<br>**Cambridge, MA 02141** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **R&D Breakthrough Summit** | |
|---|---|---|---|
| | State the term remaining | | **Hyatt Regency Austin** |
| | List the contract number of any government contract | | **208 Barton Springs Rd.**<br>**Austin, TX 78704** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lab Design Conference - Spring** | |
|---|---|---|---|
| | State the term remaining | | **Hyatt Regency Orlando** |
| | List the contract number of any government contract | | **9801 International Drive**<br>**Orlando, FL 32819** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | **Idio Inc.** |
|---|---|---|---|
| | | | **214 West 39th Street**<br>**New York, NY 10018** |

Debtor 1  **Advantage Business Media, LLC**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **19-11360-BLS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Expires 6/25/2021** | |
| | List the contract number of any government contract | | |

| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Veritas NetBackup Licensing Software** | |
| | State the term remaining | **Expires 2/30/2020** | **Insight**<br>**Attn Paul Musolino**<br>**6820 S Harl Ave**<br>**Tempe, AZ 85283-4318** |
| | List the contract number of any government contract | | |

| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | **International Lab Design Conference** | |
| | State the term remaining | | **Maritim proArte**<br>**Hotel Berlin**<br>**Friedrichstraße 151**<br>**10117 Berlin**<br>**GERMANY** |
| | List the contract number of any government contract | | |

| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| | State the term remaining | | **Mulesoft**<br>**77 Geary Street**<br>**Suite 400**<br>**San Francisco, CA 94108** |
| | List the contract number of any government contract | | |

| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | **R&D 100s** | |
| | State the term remaining | | **New Orleans Marriott**<br>**555 Canal Street**<br>**New Orleans, LA 70130-2349** |
| | List the contract number of any government contract | | |

| **2.21.** | State what the contract or lease is for and the nature of the debtor's interest | **Lab Design Conference - Fall** | |
| | State the term remaining | | **Omni Atlanta Hotel at CNN Center**<br>**Attn: Patty Feole, Express Sales Manager**<br>**100 CNN Center**<br>**Atlanta, GA 30303** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Advantage Business Media, LLC** | Case number *(if known)* | **19-11360-BLS** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Platform Enterprise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/1/2021** | **Platform.sh** |
| | List the contract number of any government contract | | **PO Box 536** **Brooklyn, MI 49230** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/11/2019** | **Sage Intacct** **Attn: Cody Greenberg** |
| | List the contract number of any government contract | | **300 park Avenue, Suite 1400** **San Jose, CA 95110** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Contract 1** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/1/2021** | **Salesforce.com** |
| | List the contract number of any government contract | | **415 Mission Street, 3rd Floor** **San Francisco, CA 94105** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Contract 2** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/3/21** | **Salesforce.com** |
| | List the contract number of any government contract | | **415 Mission Street, 3rd Floor** **San Francisco, CA 94105** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Contract 3** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/3/2019** | **Salesforce.com** |
| | List the contract number of any government contract | | **415 Mission Street, 3rd Floor** **San Francisco, CA 94105** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Contract 4** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/3/2019** | **Salesforce.com** |
| | List the contract number of any | | **415 Mission Street, 3rd Floor** **San Francisco, CA 94105** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Advantage Business Media, LLC**
 _____First Name_____ _____Middle Name_____ _____Last Name_____

Case number *(if known)*   **19-11360-BLS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Email service contract** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/1/2021** | **Salesforce.com**<br>**415 Mission Street, 3rd Floor**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Team Subscription Custom License** | |
|---|---|---|---|
| | State the term remaining | | **Shutterstock**<br>**Empire State Building**<br>**350 Fifth Avenue**<br>**21st Floor**<br>**New York, NY 10118** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **3/31/2020** | **Sintec Media NYC, Inc.**<br>**d/b/a Operative**<br>**6 East 32nd St., 3rd Flr**<br>**New York, NY 10016** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/1/2019** | **Statista Inc**<br>**Attn: Dan Cooke**<br>**55 Broad Street**<br>**30th Floor**<br>**New York, NY 10004** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Software agreement, no. 1** | |
|---|---|---|---|
| | State the term remaining | **Expires 9/24/2021** | **Tableau Software, Inc.**<br>**1621 N 34th St**<br>**Seattle, WA 98103** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Software agreement, no. 2** | **Tableau Software, Inc.**<br>**1621 N 34th St**<br>**Seattle, WA 98103** |
|---|---|---|---|

Debtor 1  **Advantage Business Media, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*  **19-11360-BLS**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **Expires 12/17/2019**

List the contract number of any government contract

---

2.34.  State what the contract or lease is for and the nature of the debtor's interest  **TalkPoint Premiere Self Service Webcasting - License**

State the term remaining  **Expires 5/1/2020**

List the contract number of any government contract

**Talkpoint Holdings LLC**
**Attn: Pat McClure**
**100 William Street**
**8th Floor**
**New York, NY 10038**

---

2.35.  State what the contract or lease is for and the nature of the debtor's interest  **R&D Breakthrough Summit**

State the term remaining

List the contract number of any government contract

**Technium**
**3102 Oak Lawn Avenue**
**Dallas, TX 75219**

---

2.36.  State what the contract or lease is for and the nature of the debtor's interest  **Agreement**

State the term remaining

List the contract number of any government contract

**Workcast Inc.**
**600 1st Ave**
**Suite 541-543**
**Seattle, WA 98104**

---

**Fill in this information to identify the case:**

Debtor name        **Advantage Business Media, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-11360-BLS**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **ORG ABM Holdings, Inc.** | **Attn: Jonathan D. Gormin 600 Congress Avenue Suite 200 Austin, TX 78701** | **Texas Capital Bank, N.A.** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **ORG ABM Holdings, Inc.** | **Attn: Jonathan D. Gormin 600 Congress Avenue Suite 200 Austin, TX 78701** | **PNC Erieview Capital** | ☐ D _____ ☑ E/F __3.68__ ☐ G _____ |
| 2.3 | **ORG Media Holdings, Inc.** | **Attn: Jonathan D. Gormin 600 Congress Avenue Suite 200 Austin, TX 78701** | **Texas Capital Bank, N.A.** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **ORG Media Holdings, Inc.** | **Attn: Jonathan D. Gormin 600 Congress Avenue Suite 200 Austin, TX 78701** | **PNC Erieview Capital** | ☐ D _____ ☑ E/F __3.68__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Advantage Business Media, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **19-11360-BLS**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,320,963.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$11,220,979.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$14,174,311.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Advantage Business Media, LLC**    Case number *(if known)*  **19-11360-BLS**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **90-Day payments/transfers to creditors**<br>**See attached Schedule 3.1** | | **$490,793.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |
| 3.2. **Wire Transfer Payments**<br>**See attached Schedule 3.2** | | **$250,881.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bruce Cummings**<br>**1201 Belaire Dr**<br>**Granite Shoals, TX 78654**<br>**CEO** | **June 16, 2018 to June 15, 2019** | **$308,367.00** | **Payroll, T&E** |
| 4.2. **Theresa Freeburg**<br>**232 Cambridge Court**<br>**Clifton, NJ 07014**<br>**CFO** | **June 16, 2018 to June 15, 2019** | **$171,763.00** | **Payroll, T&E** |
| 4.3. **Aaron Million**<br>**4308 Gateway Circle**<br>**Scarborough, ME 04074**<br>**COO** | **June 16, 2018 to June 15, 2019** | **$33,750.00** | **Payroll, T&E** |
| 4.4. **Gary Fortin**<br>**5701 W Slaughter Ln**<br>**Bldg A130 -197**<br>**Austin, TX 78749**<br>**CMO** | **June 16, 2018 to June 15, 2019** | **$7,708.00** | **Payroll, T&E** |
| 4.5. **Ryan Masten**<br>**22117 Esmeralda Drive**<br>**Spicewood, TX 78669**<br>**CTO** | **June 16, 2018 to June 15, 2019** | **$7,875.00** | **Payroll, T&E** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

SCHEDULE 3.1 (Question 3.1 of the Statement of Financial Affairs concerning check payments made within 90 days of the petition date)

| Row Labels | Sum of Amount Applied |
|---|---|
| **V000012--American Audio Video** | **10,976.19** |
| 206271 | 10,976.19 |
| **V000016--Associated Press** | **16,226.04** |
| 206214 | 5,323.50 |
| 206278 | 5,323.50 |
| 206304 | 5,579.04 |
| **V000033--Cablevision** | **9,211.29** |
| 206215 | 2,253.16 |
| 206272 | 2,322.87 |
| 206285 | 2,271.53 |
| 206334 | 2,363.73 |
| **V000035--Calfee Halter & Griswold Llp** | **15,191.00** |
| 206326 | 15,191.00 |
| **V000040--Chlic** | **217,873.16** |
| 206216 | 29,390.25 |
| 206260 | 41,626.59 |
| 206276 | 51,565.58 |
| 206279 | 45,535.60 |
| 206320 | 49,755.14 |
| **V000042--Citi Cards** | **8,295.93** |
| 206245 | 862.89 |
| 206283 | 1,073.45 |
| 206296 | 6,359.59 |
| **V000064--Eisner Amper Llp** | **9,880.00** |
| 206328 | 9,880.00 |
| **V000077--Fry Communications Inc** | **50,567.50** |
| 206217 | 14,611.58 |
| 206247 | 10,004.49 |
| 206269 | 1,994.00 |
| 206270 | 8,000.00 |
| 206287 | 8,957.43 |
| 206295 | 7,000.00 |
| 206301 | 5.00 |
| Voided - 206301 | (5.00) |
| **V000092--Sage Intacct, Inc.** | **11,301.84** |
| 206225 | 11,301.84 |
| **V000131--National News * Information Services Llc** | **18,750.00** |
| 206274 | 6,250.00 |
| 206311 | 6,250.00 |
| 206344 | 6,250.00 |
| **V000153--Pa Department Of Revenue** | **9,114.63** |
| 206297 | 9,114.63 |
| **V000201--Unum Life Insurance Company** | **26,188.87** |
| 206229 | 5,659.10 |
| 206253 | 5,474.93 |
| 206293 | 5,053.19 |
| 206322 | 5,107.48 |
| 206353 | 4,894.17 |
| **V000223--Caron & Bletzer PLLC** | **8,700.00** |
| 206327 | 8,700.00 |
| **V000228--Scarinci Hollenbeck** | **10,935.00** |
| 206316 | 6,750.00 |
| 206349 | 4,185.00 |
| **V000256--The Hanover Insurance Group** | **6,962.40** |
| 206242 | 6,962.40 |
| **V000352--Maureen Mushinsky** | **7,650.35** |
| 206236 | 3,261.25 |
| 206290 | 309.00 |
| 206319 | 4,080.10 |
| **V000371--Broadcast and Media Operations** | **6,900.00** |
| 206210 | 6,900.00 |
| **V000406--360 Internet Marketing** | **22,000.00** |
| 206259 | 10,000.00 |
| 206284 | 6,000.00 |
| 206325 | 6,000.00 |
| **V000413--TechCXO LLC** | **10,000.00** |
| 206318 | 10,000.00 |
| **V000416--Margaret Rogers** | **14,068.92** |
| 206231 | 7,055.91 |
| 206281 | 7,013.01 |
| **Grand Total** | **490,793.12** |

SCHEDULE 3.2 (Question 3.2 on Statement of Financial Affairs concerning wire transfers made within 90 days of the petition date)

| Row Labels | Sum of Credit |
|---|---|
| **V000001** | **$25,000.00** |
| - American Express:wire transf 4/16/19 | $25,000.00 |
| **V000006** | **$475.00** |
| - ADP Inc.:wire transf 5/10/19 | $475.00 |
| **V000015** | **$850.00** |
| - Asa Media:wire transf 3/30/19 | $340.00 |
| - Asa Media:wire transf 5/10/19 | $510.00 |
| **V000062** | **$9,476.60** |
| - Dubois Bryant & Campbell:wire transf 3/27/19 | $9,476.60 |
| **V000077** | **$66,717.17** |
| - Fry Communications Inc:wire transf 5/24/19 | $14,800.49 |
| - Fry Communications Inc:wire transf 5/31/19 | $18,006.03 |
| - Fry Communications Inc:wire transf 6/14/19 | $16,772.12 |
| - Fry Communications Inc:wire transf 6/7/19 | $12,138.53 |
| - Fry Communications Inc:wire transf 6/719 | $5,000.00 |
| **V000112** | **$5,014.90** |
| - Marcus Plantenburg:wire transf 5/10/19 | $1,116.10 |
| - Marcus Plantenburg:wire transf 5/31/19 | $3,898.80 |
| **V000167** | **$45,000.00** |
| - Queen Saenz & Schutz Pllc:wire transf 3/20/19 | $45,000.00 |
| **V000178** | **$1,095.10** |
| - Snp Technologies Inc.:wire transf. 5/6/19 | $1,095.10 |
| **V000193** | **$9,933.00** |
| - The Magazine Production Co Ltd:wire transf 5/10/19 | $3,762.00 |
| - The Magazine Production Co Ltd:wire transf 5/24/19 | $6,171.00 |
| **V000282** | **$22,001.84** |
| - Gary Fortin:wt | $2,470.61 |
| - Gary Fortin:wire transf 4/12/18 | $3,750.00 |
| - Gary Fortin:wire transf 4/29/18 | $352.52 |
| - Gary Fortin:wire transf 4/3/18 | $2,212.55 |
| - Gary Fortin:wire transf 5/1/19 | $3,750.00 |
| - Gary Fortin:wire transf 5/17/19 | $9,466.16 |
| **V000407** | **$20,690.91** |
| - Platform.Sh:wire trasf 5/2/19 | $20,690.91 |
| **V000421** | **$11,801.63** |
| - Brianne Bailey:wire transf 4/12/19 | $1,500.00 |
| - Brianne Bailey:wire transf 4/3/19 | $1,335.89 |
| - Brianne Bailey:wire transf 5/1/19 | $1,500.00 |
| - Brianne Bailey:wire transf 5/10/19 | $2,465.74 |
| - Brianne Bailey:wire transf 5/17/19 | $5,000.00 |
| **V000423** | **$9,764.22** |
| - Embassy Suites Hotel:wire transf 4/9/19 | $9,764.22 |
| **V000425** | **$17,500.00** |
| - Oasis Holdings Ltd LLC:wire transf 4/11/19 | $3,750.00 |
| - Oasis Holdings Ltd LLC:wire transf 5/1/19 | $3,750.00 |
| - Oasis Holdings Ltd LLC:wire transf 5/17/19 | $10,000.00 |
| **V000433** | **$5,561.59** |
| - Michael Buczkowski:wire transf. 5/31/19 | $5,561.59 |
| **Grand Total** | **$250,881.96** |

Debtor    **Advantage Business Media, LLC** _____    Case number *(if known)*  **19-11360-BLS** _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **NWP Acquisition LLC**<br>**c/o Farbman Group**<br>**28400 Northwestern Hwy**<br>**4th Floor**<br>**Southfield, MI 48034** | **Ex Parte Order for Possession in the amount of $54,068.44 entered by the Honorable Carrie E. Hamilton on 8/30/17 in the Circuit Court of Cook County, Illinois, Municipal Department, Case No. 2017 M/706045 on behalf of NWP Acquisition LLC against Advantage Business Media, LLC et al. re the Elk Grove, Illinois lease.** | 8/30/2017 | $54,068.44 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Texas Capital Bank, N.A.**<br>**c/o Eric J. Taube, Esq.**<br>**Waller Lansden Dortch**<br>**100 Congress Ave., Ste. 1800**<br>**Austin, TX 78701** | **Seized money in account**<br>Last 4 digits of account number:    0742 | 6/14/2019 | $270,651.51 |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **Advantage Business Media, LLC**                                   Case number *(if known)*   **19-11360-BLS**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McCarter & English, LLP**<br>**Four Gateway Center**<br>**100 Mulberry Street**<br>**Newark, NJ 07102** | **Attorney Fees** | **4/25/19** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Queen Saenz & Schutz PLLC**<br>**327 Congress Ave., Suite 220**<br>**Austin, TX 78701** | **ORG legal fees** | **3/20/2019** | **$45,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **McCarter & English, LLP**<br>**Four Gateway Center**<br>**100 Mulberry Street**<br>**Newark, NJ 07102** | **Legal Fees** | **5/31/19** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

13. **Transfers not already listed on this statement**

| Debtor | Advantage Business Media, LLC | Case number *(if known)* | 19-11360-BLS |
|---|---|---|---|

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **199 E. Badger Road, Suite 200 Madison, WI 53713** | **Until December 2017** |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401(k)** | EIN: |

Has the plan been terminated?          Unknown
☐ No
    Yes

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | **Advantage Business Media, LLC** | Case number *(if known)* **19-11360-BLS** |
|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**PO Box 27128**<br>**New York, NY 10087-7128** | **TBD** | **Paper files, 7-8 years** | ☐ No<br>■ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.

☐  Yes. Provide details below.

Debtor    **Advantage Business Media, LLC**                                                     Case number *(if known)*    **19-11360-BLS**

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Vicon Business Media, Inc.**<br>**600 Congress Street**<br>**Suite 200**<br>**Austin, TX 78701** | **Vicon Business media was a 2nd subsidiary of ABM ORG Media Holdings.  This subsidiary was consolidated with ABM, LLC and ABM, LLC assumed the EIN # of Vicon moving forward.** | EIN:<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Theresa Freeburg**<br>**232 Cambridge Court**<br>**Clifton, NJ 07014** | **At least 2 years prior to petition date** |
| 26a.2.    **Michael H Mc Caffery, Accounting Manager**<br>**47 Irving Ave**<br>**Livingston, NJ 07039** | **At least 2 years prior to petition date** |
| 26a.3.    **James Miller**<br>**102 Juniper Lane**<br>**East Stroudsburg, PA 18301** | **At least 2 years prior to petition date** |
| 26a.4.    **Denise VanZandt, Billing Administrator**<br>**567 Main Street**<br>**Landing, NJ 07850** | **May 2018 to June 2019** |
| 26a.5.    **Michele Verdi**<br>**78 Koclas Drive**<br>**Netcong, NJ 07857** | **At least 2 years prior to petition date** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Advantage Business Media, LLC | Case number *(if known)* | **19-11360-BLS** |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.6. | **EisnerAmper, LLP** **750 Third Avenue** **New York, NY 10017** | **At least 2 years** **prior to petition date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **EisnerAmper, LLP** **750 Third Avenue** **New York, NY 10017** | **At least 2 years** **prior to petition date** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Owner Resource Group** **221 W. 6th Street** **Suite 2000** **Austin, TX 78701** | |
| 26c.2. | **Bruce Cummings, CEO** **1201 Belaire Dr** **Granite Shoals, TX 78654** | **The company closed upon the filing of the Ch. 7 bankruptcy case, and upon information and belief, the computer files and records are in the possession of the Trustee.** |
| 26c.3. | **Aaron Million, COO** **4308 Gateway Circle** **Scarborough, ME 04074** | **The company closed upon the filing of the Ch. 7 bankruptcy case, and upon information and belief, the computer files and records are in the possession of the Trustee.** |
| 26c.4. | **Theresa Freeburg, CFO** **232 Cambridge Court** **Clifton, NJ 07014** | **The company closed upon the filing of the Ch. 7 bankruptcy case, and upon information and belief, the computer files and records are in the possession of the Trustee.** |
| 26c.5. | **Michael H Mc Caffery, Accounting Manager** **47 Irving Ave** **Livingston, NJ 07039** | **The company closed upon the filing of the Ch. 7 bankruptcy case, and upon information and belief, the computer files and records are in the possession of the Trustee.** |
| 26c.6. | **James Miller, Sr. Director of Finance** **102 Juniper Lane** **East Stroudsburg, PA 18301** | **The company closed upon the filing of the Ch. 7 bankruptcy case, and upon information and belief, the computer files and records are in the possession of the Trustee.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    Advantage Business Media, LLC                                    Case number *(if known)*  **19-11360-BLS**

| Name and address |
|---|
| 26d.1.  **Texas Capital Bank, N.A.**<br>**c/o Eric J. Taube, Esq.**<br>**Waller Lansden Dortch**<br>**100 Congress Ave., Ste. 1800**<br>**Austin, TX 78701** |
| 26d.2.  **PNC Erieview Capital**<br>**c/o Douglas Mundell, Esq.**<br>**and Laura Long, Esq.**<br>**Legal Dept., 300 Fifth Avenue**<br>**Pittsburgh, PA 15222** |
| 26d.3.  **Owner Resource Group**<br>**221 W. 6th Street**<br>**Suite 2000**<br>**Austin, TX 78701** |
| 26d.4.  **EisnerAmper, LLP**<br>**750 Third Avenue**<br>**New York, NY 10017** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bruce Cummings** | **1201 Belaire Dr**<br>**Granite Shoals, TX 78654** | **CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Theresa Freeburg** | **232 Cambridge Court**<br>**Clifton, NJ 07014** | **CFO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aaron Million** | **4308 Gateway Circle**<br>**Scarborough, ME 04074** | **COO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary Fortin** | **5701 W Slaughter Ln**<br>**Bldg A130 -197**<br>**Austin, TX 78749** | **CMO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ryan Masten** | **22117 Esmeralda Drive**<br>**Spicewood, TX 78669** | **CTO** | |

| Debtor | **Advantage Business Media, LLC** | | Case number (if known) | **19-11360-BLS** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan D. Gormin | ORG ABM Holdings, Inc.<br>600 Congress Avenue<br>Suite 200<br>Austin, TX 78701 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Will Burnett | ORG ABM Holdings, Inc.<br>600 Congress Avenue<br>Suite 200<br>Austin, TX 78701 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ORG ABM Holdings, Inc. | 600 Congress Avenue, Suite 200<br>Austin, TX 78701 | Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☐ No
- ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jim Lonergan | 22 Edgewood Road<br>Chatham, NJ 07928 | Previous CEO | 4/2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tim Besecker | 148 Woodward Lane<br>Basking Ridge, NJ 07920 | CTO/CMO | 1/2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Same as no. 4 above | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Advantage Business Media, LLC** | Case number *(if known)* | **19-11360-BLS** |
|---|---|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  2, 2019**

**/s/ Bruce Cummings**                                                       **Bruce Cummings**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re    __Advantage Business Media, LLC__                     Case No.    __19-11360-BLS__

                                         Debtor(s)                  Chapter    __7__

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __July 2, 2019__                     __/s/ Bruce Cummings__

                                               __Bruce Cummings__/__Chief Executive Officer__
                                               Signer/Title

ADVANTAGE BUSINESS MEDIA, LLC
100 ENTERPRISE DRIVE, SUITE 600
ROCKAWAY, NJ 07866

AMANDA HOLLENBECK
93 CIRCLE DR
ROCKAWAY, NJ 07866

AWS AMAZON
410 TERRY AVE N
SEATTLE, WA 98109-5210

SHANNON D. HUMISTON (NO. 5740)
MCCARTER & ENGLISH, LLP
405 N. KING STREET, 8TH FLOOR
RENAISSANCE CENTRE
WILMINGTON, DE 19801

AMAZON SERVICES
410 TERRY AVE N
SEATTLE, WA 98109

BARBARA A BENACK
8 HILLTOP TERRACE
BLOOMINGDALE, NJ 07403

A&P PRINTING
PO BOX 4233
CLIFTON, NJ 07012

AMERICAN AUDIO VIDEO
8005 HAUTE COURT
SPRINGFIELD, VA 22150-2228

BEVIN A FLETCHER
707 MAIN STREET
APT. 2
BOONTON, NJ 07005

AARON MILLION
4308 GATEWAY CIRCLE
SCARBOROUGH, ME 04074

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

BIZZABO INC.
31 W 27TH STREET, 10TH FLOOR
NEW YORK, NY 10001

ADOBE
CORPORATE HEADQUARTERS
345 PARK AVENUE
SAN JOSE, CA 95110-2704

ANUPAMA KURRA
27 BARKER AVE
APT. 1124
WHITE PLAINS, NY 10601

BRENT A TOMASINO
87 OVERLOOD DRIVE
HACKETTSTOWN, NJ 07840

AHMED MOHAMMED
359 W MAIN ST
ROCKAWAY, NJ 07866

APIHUB, INC.
ATTN: CONOR HICKEY
90 SHERIDAN STREET
SAN FRANCISCO, CA 94103

BRENT R HATCH
18 LAKEVIEW DRIVE
YORKVILLE, IL 60560

ALEXANDER CO.
345 W. WASHINGTON AVENUE
MADISON, WI 53703

ARTHUR PINI JR.
1623 FIDDLEWOOD COURT
CASSELBERRY, FL 32707

BRIANNE BAILEY
3829 TIERRA CHISUM DRIVE
EL PASO, TX 79938

ALIX PAULTRE
KLARENTHALER STR. 1
65197 WIESBADEN
GERMANY

ASA MEDIA
4 JERSEY LANE
ST ALBANS
HERTS AL4 9AB

BRIGHTCOVE INC.
BOX 83318
WOBURN, MA 01813

ALLAN A ELDRIDGE
7 DURWOOD PLACE
MADISON, NJ 07940

ASCAP
21678 NETWORK PLACE
CHICAGO, IL 60673-1216

BRITTANY SMITH
3303 HOLLY BRAMCH COURT
APT #471
SACRAMENTO, CA 95834

ALTHEA DOTZOUR PHOTOGRAPHY
1004 SIOUX TRAIL
MONONA, WI 53716-2536

ASSOCIATED PRESS
ATTN: TED MENDELSOHN
450 WEST 33RD STREET
NEW YORK, NY 10001

CABLEVISION
PO BOX 360111
PITTSBURGH, PA 15251-6111

CANON FINANCIAL SOLUTIONS
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

DANIEL C SEEGER
2322 UPHAM STREET
MADISON, WI 53704

DOLLY STOLZE
1930 MANHATTAN BEACH BLVD
#102
REDONDO BEACH, CA 90278

CANON SOLUTIONS AMERICA INC.
15004 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DANIELLE M DERONDE
52 HILL STREET
ROCKAWAY, NJ 07866

EMBASSY SUITES AUSTIN
ATTN: EVENTS COORDINATOR
5901 N I35
AUSTIN, TX 78723

CAPITAL AIR SYSTEMS
3444 CAPITOL DRIVE
PO 670
SUN PRAIRIE, WI 53590

DATA SAFE INC.
831B ROUTE 10
WHIPPANY, NJ 07981

FREE TRADE MAGAZINES.COM
1 INTERNATIONAL BOULEVARD
SUITE 1200
MAHWAH, NJ 07495-0031

CATHERINE SBEGLIA
111 N. HAMILTON STREET
MADISON, WI 53707

DAVID DIEHL
236 CLINTON STREET
BROOKLYN, NY 11201

FREEMAN COMPANIES
PO BOX 650036
DALLAS, TX 75265-0036

CHARTER COMMUNICATIONS
PO BOX 3019
MILWAUKEE, WI 53201-3019

DAVID LOJKO
1598 NE SOTTONG AVE
JENSEN BEACH, FL 34957

FRY COMMUNICATIONS INC.
800 WEST CHURCH ROAD
MECHANICSBURG, PA 17055

CIGNA HEALTH LIFE INSURANCE CO.
CORPORATE HEADQUARTERS
900 COTTAGE GROVE ROAD
BLOOMFIELD, CT 06002

DAVIS & GILBERT LLP
BROOKE ERDOS SINGER, ESQ.
1740 BROADWAY
NEW YORK, NY 10019

GARY FORTIN
5701 W SLAUGHTER LN
BLDG A130 -197
AUSTIN, TX 78749

CLEARVOICE, INC.
515 E. GRANT STREET
SUITE 150
PHOENIX, AZ 85003-2633

DEBRA SCHUG
5520 W. DAKIN
CHICAGO, IL 60641

GEORGE MITCHELL JR
29 GARDEN AVENUE
WHARTON, NJ 07885

CLOYD A STEIGER
1112 SW 348TH PLACE
FEDERAL WAY, WA 98023

DENISE VANZANDT
567 MAIN STREET
LANDING, NJ 07850

GLEN SUNDIN
4 TIFFANY ROAD
MORRISTOWN, NJ 07960

CORINNE BERNSTEIN
98-40 64TH AVENUE
APARTMENT 5H
REGO PARK, NY 11374-2516

DESIGN-ER LLC
276 SCHULTE LANE
SANTA BARBARA, CA 93105

GLOBAL EXPERIENCE SPECIALIS
BANK OF AMERICA
PO BOX 96174
CHICAGO, IL 60693

CWC SOFTWARE, INC.
10 RIVERSIDE DRIVE
SUITE 104
LAKEVILLE, MA 02347

DOCUSIGN
221 MAIN STREET
SUITE 1000
SAN FRANCISCO, CA 94105

GREEN SKY CREATIVE LLC
607 SHELBY #500
DETROIT, MI 48226

HENRY E HANSCH
20 FOX HILL ROAD
DENVILLE, NJ 07834

INSIGHT
ATTN PAUL MUSOLINO
6820 S HARL AVE
TEMPE, AZ 85283-4318

JENNIFER R DELAOSA
101 SHERMAN RIDGE RD
WANTAGE, NJ 07461

HIGBEE & ASSOCIATES
CLIENT TRUST ACCOUNT
1504 BROOKHOLLOW DRIVE
SUITE 112
SANTA ANA, CA 92705

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPER.
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JESSE J OSBORNE
9960 TALONS WAY
VERONA, WI 53593

HILTON CHICAGO O'HARE AIRPORT
5550 NORTH RIVER ROAD
DES PLAINES, IL 60018

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128

JOHN KOON
4243 STURGEON COURT
SAN DIEGO, CA 72130-2146

HIRERIGHT LLC
PO BOX 847891
DALLAS, TX 75284-7891

JAMES DIPROSPERO
40 3RD STREET
FANWOOD, NJ 07023

JOHN PAUL PICKERING
4021 E. GLENCOVE STREET
MESA, AZ 85205

HUBSPOT INC.
25 FIRST STREET
2ND FLOOR
CAMBRIDGE, MA 02141

JAMES MILLER
102 JUNIPER LANE
EAST STROUDSBURG, PA 18301

JON MINNICK
1348 EMERALD TERRACE
SUN PRAIRIE, WI 53590

HYATT REGENCY AUSTIN
208 BARTON SPRINGS RD.
AUSTIN, TX 78704

JAMES PROTOPAPA
269 LYONS RD
BASKING RIDGE, NJ 07920

JOSEPH T BARRETT JR
38 DEERFIELD DRIVE
ROCKAWAY, NJ 07866

HYATT REGENCY ORLANDO
9801 INTERNATIONAL DRIVE
ORLANDO, FL 32819

JAMES THERIAULT
4108 WHISPERING OAKS LANE
DANVILLE, CA 94506

JOYCE LAIRD
13207 WENTWORTH STREET
ARLETA, CA 91331

ICIMS, INC.
29348 NETWORK PLACE
CHICAGO, IL 60673-1294

JENNIFER GRINTHAL
158 KANOUSE STREET
BOONTON, NJ 07005

JOYCEANN M GRIPPA
133 LEVERETT AVENUE
STATEN ISLAND, NY 10308

IDIO INC.
214 WEST 39TH STREET
NEW YORK, NY 10018

JENNIFER K CHOO
8 PINE VALLEY ROAD
FREDON, NJ 07860

JUDD H BERGENFELD
31 STEWART PLACE
FANWOOD, NJ 07023

INFOGROUP
PO BOX 3243
OMAHA, NE 68103-0395

JENNIFER MILES
3132 WILMINGTON ROAD
SUITE 4
NEW CASTLE, PA 16105

KATHLEEN BOBACK
26 EDGEFIELD DRIVE
MORRIS PLAINS, NJ 07950

KELLY SOMERS
16 GREEN ACRES DRIVE
UNIT 55
VERONA, NJ 07044

MARK PANTALONE
38 ROUND TOP ROAD
WARREN, NJ 07059

NATIONAL NEWS * INFORMATION
SERVICES LLC
41521 N. CHASE OAKS WAY
ANTHEM, AZ 85086-1184

KEYSTONE COLLECTIONS
GROUP
PO BOX 506
IRWIN, PA 15642

MARY E DI DONNA
14 BEASLEY STREET
WEST ORANGE, NJ 07052

NETLINE CORPORATION
DEPT LA 24024
PASADENA, CA 91185-4024

LAINIE FISZER
64 BEAVER DAM ROAD
RANDOLPH, NJ 07869

MASSILLON PLAQUE COMPANY
5757 MAYFAIR ROAD
NORTH CANTON, OH 44720

NEW ORLEANS MARRIOTT
555 CANAL STREET
NEW ORLEANS, LA 70130-2349

LAURA E PANJWANI
28 WEST 3RD STREET
APT 2345
SOUTH ORANGE, NJ 07079

MAUREEN MUSHINSKY
W3375 MCDONALD ROAD
LAKE GENEVA, WI 53147

NORMAN JOHNSON PHOTOGRAP
4310 PASEO DEL NORTE NE
SUITE 8
ALBUQUERQUE, NM 87113

LISA MCCOY
2895 MCMICHAEL ROAD
ALANSON, MI 49706

MERCURY MAGAZINES
5 HIGH RIDGE PARK
STAMFORD, CT 06905

NWP ACQUISITION LLC
C/O FARBMAN GROUP
28400 NORTHWESTERN HWY
4TH FLOOR
SOUTHFIELD, MI 48034

MADHURI KOTI
320 EAST MAIN STREET
APT. 5B
ROCKAWAY, NJ 07866

MICHAEL H MC CAFFERY
47 IRVING AVE
LIVINGSTON, NJ 07039

OFFICE DEPOT
PO BOX 633211
CINCINNATI, OH 45263-3211

MAJEED AHMAD KAMRAN
321-B VALANCIA TOWN
LAHORE
PAKISTAN

MICHELE VERDI
78 KOCLAS DRIVE
NETCONG, NJ 07857

OMNI ATLANTA HOTEL AT CNN C
ATTN: PATTY FEOLE, EXPRESS SM
100 CNN CENTER
ATLANTA, GA 30303

MARCUS PLANTENBURG
ANDREAS KASPERBAUER
STRABE 34 D-85540 HAA

MICHELLE TAYLOR
6 E. MAYER DRIVE
MONTEBELLO, NY 10901-3402

ORG ABM HOLDINGS, INC.
ATTN: JONATHAN D. GORMIN
600 CONGRESS AVENUE
SUITE 200
AUSTIN, TX 78701

MARIA LAURA
GUERRA DEEGUI
100 CONGRESS ST, APT. 205
BROOKLYN, NY 11201

MULESOFT
77 GEARY STREET
SUITE 400
SAN FRANCISCO, CA 94108

ORG MEDIA HOLDINGS, INC.
ATTN: JONATHAN D. GORMIN
600 CONGRESS AVENUE
SUITE 200
AUSTIN, TX 78701

MARITIM PROARTE
HOTEL BERLIN
FRIEDRICHSTRAßE 151
10117 BERLIN
GERMANY

NATALYNN V SUNGA
41 WEST PROSPECT ST.
UNIT 410
WALDWICK, NJ 07463

OWNER RESOURCE GROUP
221 W. 6TH STREET
SUITE 2000
AUSTIN, TX 78701

PATHOLOGY EXPERT, INC.
3739 BALBOA STREET
#102
SAN FRANCISCO, CA 94121

SAGE INTACCT
ATTN: CODY GREENBERG
300 PARK AVENUE, SUITE 1400
SAN JOSE, CA 95110

SPENCER D CHIN
69-15 SPRINGFIELD BLVD
OAKLAND GARDENS, NY 11364

PATRICE ARGANT
130 WEST JACKSON AVENUE
SUITE 201
KNOXVILLE, TN 37902

SALESFORCE.COM
415 MISSION STREET, 3RD FLOOR
SAN FRANCISCO, CA 94105

STAFF IT INC.
1460 BROADWAY
FRONT 5
NEW YORK, NY 10036

PAUL MUSOLINO
28 LILCHESTER ROAD
HOPATCONG, NJ 07843

SALESIFY INC.
DEPT #33984
PO BOX 39000
SAN FRANCISCO, CA 94139

STATISTA INC
ATTN: DAN COOKE
55 BROAD STREET
30TH FLOOR
NEW YORK, NY 10004

PLAN B MARKETING LLC
PO BOX 2083
APOPKA, FL 32704

SETH A AUGENSTEIN
2 LIBERTY PLACE
ROCKAWAY, NJ 07866

SUSAN ELIZABETH GILLESPIE
1252 MADISON STREET
DENVER, CO 80206

PLATFORM.SH
PO BOX 536
BROOKLYN, MI 49230

SHELTON ROOPA
82 LAKESHORE DRIVE
ROCKAWAY, NJ 07866

TABLEAU SOFTWARE, INC.
1621 N 34TH ST
SEATTLE, WA 98103

PNC ERIEVIEW CAPITAL
C/O DOUGLAS MUNDELL, ESQ.
AND LAURA LONG, ESQ.
LEGAL DEPT., 300 FIFTH AVENUE
PITTSBURGH, PA 15222

SHUTTERSTOCK
EMPIRE STATE BUILDING
350 FIFTH AVENUE
21ST FLOOR
NEW YORK, NY 10118

TALKPOINT HOLDINGS LLC
ATTN: PAT MCCLURE
100 WILLIAM STREET
8TH FLOOR
NEW YORK, NY 10038

PR NEWSWIRE ASSOCIATION LLC
PO BOX 5897
NEW YORK, NY 10087-5897

SINTEC MEDIA NYC, INC.
D/B/A OPERATIVE
6 EAST 32ND ST., 3RD FLR
NEW YORK, NY 10016

TECHCXO LLC
1911 GRAYSON HWY
SUITE 8/122
GRAYSON, GA 30017

RACHELLE E BLAIR-FRASIER
213 PRAIRIE STREET
LODI, WI 53555

SJ MARKETING INC.
PO BOX 546
OLD BETHPAGE, NY 11804-0546

TECHNIUM
3102 OAK LAWN AVENUE
DALLAS, TX 75219

ROCK80 NJ HOLDINGS LLC
C/O LINCOLN PROPERTY COMPANY
9 ENTIN ROAD, SUITE 103
PARSIPPANY, NJ 07054

SNP TECHNOLOGIES INC.
2319 WHITNEY AVENUE
SUITE 3C
HAMDEN, CT 06518

TERESA A KRUEGER
86 RYERSON AVENUE
NEWTON, NJ 07860

RYAN MASTEN
22117 ESMERALDA DRIVE
SPICEWOOD, TX 78669

SOHM PHOTOGRAFX
PO BOX 861
SKAGWAY, AK 99840

TEXAS CAPITAL BANK, N.A.
C/O ERIC J. TAUBE, ESQ.
WALLER LANSDEN DORTCH
100 CONGRESS AVE., STE. 1800
AUSTIN, TX 78701

THE  MAGAZINE  PRODUCTION  CO.
ADUR  BUSINESS  CENTER
LITTLE  HIGH  STREET
SHOREHAM-BY-SEA
WEST SUSSEX BN43 5EG, UK

VISIT  ORLANDO
6277  SEA  HARBOR  DRIVE
SUITE  400
ORLANDO, FL 32821-8043

THE  SIMON  GROUP
1506  OLD  BETHLEMHEM  PIKE
SELLERSVILLE, PA 18960

WILLIAM  O.  MAKELY
4730  MAIN  STREET
DOWNERS GROVE, IL 60515

THERESA  FREEBURG
232  CAMBRIDGE  COURT
CLIFTON, NJ 07014

WORKCAST  INC.
600  1ST  AVE
SUITE  541-543
SEATTLE, WA 98104

THOMAS  A  RULLIS
63  FOOTHILL  DRIVE
LINCOLN PARK, NJ 07035

THOMAS  J  MORGAN
ONE  PATRIOTS  WAY
MIDDLETOWN, NJ 07748

TIMOTHY  F  MORGAN
24  ORION  ROAD
BERKELEY HEIGHTS, NJ 07922

TIMOTHY  STUDT
3648  STERLING  ROAD
DOWNERS GROVE, IL 60515

TOTAL  WATER  TREATMENT  SYSTEMS  INC.
5002  WORLD  DAIRY  DRIVE
MADISON, WI 53718

UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170

VERIZON
PO BOX 4833
TRENTON, NJ 08650-4833