# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ADVANTAGE BUSINESS MEDIA, LLC | Case No. 19-11360 (BLS) |
| Debtor. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that DLA Piper LLP (US) hereby enters its appearance to represent Texas Capital Bank in the above-captioned chapter 7 case. The undersigned hereby request that notice of all matters, papers, and pleadings filed in the above-captioned case that require notice pursuant to 11 U.S.C. §§ 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010(b) be directed as follows:

*[Remainder of Page Intentionally Left Blank]*

EAST\167649125.2

>Stuart M. Brown (DE 4050)
>Matthew S. Sarna (DE 6578)
>DLA PIPER LLP (US)
>1201 N. Market Street, Suite 2100
>Wilmington, DE 19801
>Telephone: (302) 468-5700
>Facsimile: (302) 394-2341
>Email:  Stuart.Brown@us.dlapiper.com
>            Matthew.Sarna@us.dlapiper.com
>
>-and-
>
>Mark Taylor (*pro hac vice*)
>Eric Taube (*pro hac vice*)
>WALLER LANSDEN DORTCH & DAVIS, LLP
>100 Congress Avenue, Suite 1800
>Austin, TX 78701
>Telephone: (512) 685-6400
>Facsimile: (512) 685-6417
>Email:  Mark.Taylor@wallerlaw.com
>            Eric.Taube@wallerlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and papers of any kind relating to any application, motion, petition, pleading, request, order, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telecopy, email or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Service is not intended to be, and shall not be deemed or construed to be, a waiver or relinquishment of any right, including, but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with this case or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or

EAST\167649125.2

discretionary withdrawal; or (d) any other rights, claims or defenses to which the undersigned may be entitled in law or in equity, all of which are hereby expressly reserved.

Dated: July 17, 2019
Wilmington, Delaware

**DLA PIPER LLP (US)**

/s/ *Stuart M. Brown*
Stuart M. Brown (DE 4050)
Matthew S. Sarna (DE 6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@us.dlapiper.com
       Matthew.Sarna@us.dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP

Mark Taylor (admitted *pro hac vice*)
Eric Taube (admitted *pro hac vice*)
100 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
Email: Mark.Taylor@wallerlaw.com
       Eric.Taube@wallerlaw.com

*Counsel to Texas Capital Bank*